ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
HAWKEYE RENEWABLES, LLC,                      :    Case No. 09-14461 (KJC)
                                              :
        Debtor.                               :
                                              :    Re: Docket No. 2
Employer Tax I.D. No. 43-2073162              :
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
HAWKEYE INTERMEDIATE, LLC,                    :    Case No. 09-14462 (KJC)
                                              :
        Debtor.                               :
                                              :    Re: Docket No. 2
Employer Tax I.D. No. 35-2355356              :
------------------------------------------------------------x

## ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of Hawkeye Renewables, LLC ("Renewables") and its parent, Hawkeye Intermediate, LLC ("Intermediate"), as debtors and debtors in possession in the above-referenced chapter 11 cases (collectively, the "Debtors"), for an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the Callahan Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3519087v.2

1409; and due and proper notice of the Motion having been provided to the Notice Parties, and no other or further notice being necessary; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their respective estates, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be administered jointly by the Court under Case No. 09-14461 (KJC); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
In re : Chapter 11
:
HAWKEYE RENEWABLES, LLC, *et al.*,[1] : Case No. 09-14461 (KJC)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------x

; and it is further

    ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

    An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Hawkeye Renewables, LLC and Hawkeye Intermediate, LLC. The docket in Case No. 09-14461 (KJC) should be consulted for all matters affecting this case.

; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: December __, 2009
       Wilmington, Delaware

                                       THE HONORABLE KEVIN J. CAREY
                                       UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

RLF1 3519087v.2