UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
:
HAWKEYE RENEWABLES, LLC, et al.,[1] : Case No. 09-14461 (KJC)
:
Debtors. : (Jointly Administered)
: Re: Docket No. 14
---------------------------------------------------------------x

**ORDER (I) SCHEDULING A COMBINED HEARING
TO CONSIDER (A) APPROVAL OF THE DISCLOSURE STATEMENT,
(B) APPROVAL OF SOLICITATION PROCEDURES AND FORM OF BALLOTS,
AND (C) CONFIRMATION OF THE PREPACKAGED PLAN; (II) ESTABLISHING
A DEADLINE TO OBJECT TO THE DISCLOSURE STATEMENT
AND THE PREPACKAGED PLAN; (III) APPROVING THE FORM AND
MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Hawkeye Renewables, LLC ("Renewables") and its parent, Hawkeye Intermediate, LLC ("Intermediate"), as debtors and debtors in possession (collectively, the "Debtors"), for an order (the "Scheduling Order") (I) scheduling a combined hearing to consider (a) approval of the Prepackaged Plan and the Disclosure Statement; (b) approval of the solicitation of votes, voting procedures, and form of ballots (the "Ballots") mailed to all holders of impaired claims entitled to vote on the Prepackaged Plan; and (c) confirmation of the Prepackaged Plan; (II) establishing a deadline to object to the adequacy of the Disclosure Statement or confirmation of the Prepackaged Plan; (III) approving the form and manner of notice thereof; and (IV) granting related relief, all as more fully set forth in the Motion; and upon consideration of the Callahan Declaration and the Epiq Affidavit; and the

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3519073v.3

Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and no other or further notice being necessary; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their respective estates, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that a hearing to consider compliance with disclosure and solicitation requirements and confirmation of the Debtors' Prepackaged Plan (the "Combined Hearing") is hereby scheduled to be held before this Court on March 3, 2010 at 3:00 p.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard; and it is further

ORDERED that any objections to the Disclosure Statement and/or the Prepackaged Plan shall be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware together with proof of service thereof, set forth the name of the objector, the nature and amount of any claim or interest asserted by the objector against the estate or property of the Debtors, and state with particularity the legal and factual basis for such objection, and served so as to be received no later than February 18, 2010 at 4:00 p.m. (prevailing Eastern Time) upon the following: (i) the proposed attorneys for the Debtors, Weil,

Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Michael F. Walsh, Esq.); (ii) the proposed co-attorneys for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.) (the "U.S. Trustee"); (iv) the attorneys for the First Lien Agent, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Michael S. Stamer, Esq.) and Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036-1564 (Attn: Scott L. Alberino, Esq.); (v) the co-attorneys for the First Lien Agent, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Robert J. Dehney, Esq.); and (vi) the attorneys for the Second Lien Agent, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019 (Attn: Andrew K. Glenn, Esq.); and it is further

ORDERED that replies to any objections to the Disclosure Statement and/or the Prepackaged Plan may be filed on or before February 25, 2010; and it is further

ORDERED that notice of the Combined Hearing substantially in the form proposed in the Motion and the form of notice attached hereto as Exhibit 1 (the "Notice of Commencement") shall be deemed good and sufficient notice of the Combined Hearing and no other or further notice need be given; provided, however, that consistent with Bankruptcy Rule 3017(d), the Debtors are not required to distribute the Disclosure Statement and the Prepackaged Plan to unimpaired parties or any parties in interest other than as prescribed in this Order; provided further, however, that the Disclosure Statement and Prepackaged Plan shall be provided in either electronic or paper form to any parties in interest upon written request to the Debtors'

3

claims and noticing agent, Epiq Bankruptcy Solutions, LLC and shall be available at the Debtors' website established in connection with these chapter 11 cases (http://chapter11.epiqsystems.com/hawkeye); and it is further

ORDERED that service of the Notice of Commencement as set forth in the Motion and herein is and shall be sufficient notice of the commencement of these chapter 11 cases, the meeting pursuant to section 341(a) of the Bankruptcy Code, the Combined Hearing, the Objection Deadline, and procedures for objecting to the adequacy of the Disclosure Statement and to confirmation of the Prepackaged Plan; and it is further

ORDERED that the Debtors are authorized pursuant to Bankruptcy Rule 2002(l) to give supplemental publication notice of the Combined Hearing by one-time publication in *The Wall Street Journal* (National Edition) no less than twenty-eight (28) days prior to the Combined Hearing; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: December 23, 2009
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE