# Exhibit 1 to Order

## Notice of Commencement

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
HAWKEYE RENEWABLES, LLC, et al.,[1]       :   Case No. 09-14461 (KJC)
                                          :
        Debtors.                          :   (Jointly Administered)
                                          :
-----------------------------------------------------------x

## NOTICE OF (I) COMMENCEMENT OF CHAPTER 11 CASES, (II) COMBINED HEARING TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT AND PREPETITION SOLICITATION PROCEDURES AND TO CONFIRM PREPACKAGED PLAN, AND (III) ESTABLISHMENT OF OBJECTION DEADLINE

**NOTICE IS HEREBY GIVEN** as follows:

### COMMENCEMENT OF CHAPTER 11 CASES

1.        On December 21, 2009, Hawkeye Renewables, LLC and its parent company, Hawkeye Intermediate, LLC (collectively, the "Debtors") filed petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). To effectuate a restructuring of their balance sheets, the Debtors have filed a proposed plan of reorganization (the "Prepackaged Plan") and a proposed disclosure statement (the "Disclosure Statement"). Currently, the Debtors continue to operate their business in the ordinary course and perform their obligations in accordance with the orders that have been entered by the Bankruptcy Court.

2.        Copies of the Prepackaged Plan and Disclosure Statement are available free of charge at the website established by the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC: http://chapter11.epiqsystems.com/hawkeye. Additionally, all documents filed in these cases are available for review at the office of the clerk of the Bankruptcy Court at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 between the hours of 8:00 a.m. and 4:00 p.m. (prevailing Eastern Time) and at the Bankruptcy Court's website at http://www.deb.uscourts.gov (please note that a password is required to log in). Copies of filings may also be obtained free of charge by written request to the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC:

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

## COMBINED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT AND PREPETITION SOLICITATION PROCEDURES AND CONFIRMATION OF THE PREPACKAGED PLAN

3. The Bankruptcy Court has established the deadlines and procedures described in this notice and scheduled a combined hearing (the "Combined Hearing") to (i) approve the adequacy of the Disclosure Statement, (ii) approve the prepetition solicitation procedures (the "Prepetition Solicitation Procedures") and (iii) confirm the Prepackaged Plan.

4. The Combined Hearing is scheduled for **March 3, 2010 at 3:00 p.m. (prevailing Eastern Time)** and will be held before the Honorable Kevin J. Carey in Courtroom 5 at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801. The Bankruptcy Court may reschedule the date and time of the Combined Hearing or continue the Combined Hearing without further notice other than by announcement in open court at the Combined Hearing or by the posting of a notice on the electronic case filing docket. A copy of the notice, if any, will also be available at the Debtors' website at http://chapter11.epiqsystems.com/hawkeye.

## DATE, TIME, AND LOCATION OF MEETING OF CREDITORS

5. A meeting of creditors pursuant to section 341 of the Bankruptcy Code (the "341 Meeting") is scheduled for January 20, 2010 at 10:00 a.m. EST at the J. Caleb Boggs Federal Building, 844 King Street, Room 2212, Wilmington, Delaware 19801. A representative of the Debtors, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the 341 Meeting for the purpose of being examined under oath. You are invited to attend the 341 Meeting, but your attendance is not mandatory. At the 341 Meeting, creditors may examine the Debtors and ask such questions as may properly be raised at the 341 Meeting. The 341 Meeting may be continued or adjourned from time to time by notice at the 341 Meeting and without further written notice to the creditors.

## DEADLINES AND PROCEDURES FOR FILING OBJECTIONS TO THE ADEQUACY OF THE DISCLOSURE STATEMENT OR THE PREPETITION SOLICITATION PROCEDURES OR TO CONFIRMATION OF THE PREPACKAGED PLAN

6. The Bankruptcy Court has established **February 18, 2010 at 4:00 p.m. (prevailing Eastern Time)** as the deadline for filing and serving objections to the approval of the Disclosure Statement, the Prepetition Solicitation Procedures and/or confirmation of the Prepackaged Plan (the "Objection Deadline").

7. Any objections to the Disclosure Statement, the Prepetition Solicitation Procedures and/or the Prepackaged Plan must: (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (iii) set forth the name of the objector and the nature and amount of any claim or interest asserted by the objector against the estate or property of the Debtors, and (iv) state with particularity the legal and factual basis for such objection.

2

8. All objections must be both: (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, together with proof of service of the objection, **no later than February 18, 2010 at 4:00 p.m. (prevailing Eastern Time)** and (ii) served on the following parties so as to be RECEIVED by such parties **no later than February 18, 2010 at 4:00 p.m. (prevailing Eastern Time)**: (a) the proposed attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Michael F. Walsh, Esq.); (b) the proposed co-attorneys for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.) (the "U.S. Trustee"); (d) the attorneys for the First Lien Agent, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Michael S. Stamer, Esq.) and Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036-1564 (Attn: Scott L. Alberino, Esq.); (e) the co-attorneys for the First Lien Agent, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Robert J. Dehney, Esq.); and (f) the attorneys for the Second Lien Agent, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019 (Attn: Andrew K. Glenn, Esq.).

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**THIS NOTICE IS NOT A SOLICITATION OF ACCEPTANCES OR REJECTIONS OF THE PREPACKAGED PLAN. SUCH SOLICITATION HAS ALREADY BEEN COMPLETED.**

Dated: December __, 2009
Wilmington, Delaware

BY ORDER OF THE COURT

| WEIL, GOTSHAL & MANGES LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| 767 Fifth Avenue | One Rodney Square |
| New York, New York 10153 | 920 North King Street |
| Michael F. Walsh | Wilmington, Delaware 19801 |
| (212) 310-8000 | Mark D. Collins (No. 2981) |
| | (302) 651-7700 |

*Proposed Attorneys for the Debtors and Debtors in Possession*