# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                              :
In re                                         :     **Chapter 11**
                                              :
**HAWKEYE RENEWABLES, LLC, et al.,**[1]        :     **Case No. 09-14461 (KJC)**
                                              :
              **Debtors.**                     :     **(Jointly Administered)**
                                              :
-----------------------------------------------------------------x

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF HAWKEYE RENEWABLES, LLC HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of November 30, 2009 on the value, operations, and profitability of those entities in which the estate of Hawkeye Renewables, LLC ("Renewables") holds a substantial or controlling interest, as required by Rule 2015.3 of the Federal Rules of Bankruptcy Procedure. The estate of Hawkeye Renewables, LLC holds a substantial or controlling interest in the following entities:

| Name of Entity | Approximate Limited Liability Company Interest Held by Hawkeye Renewables, LLC | Tab # |
|---|---|---|
| Hawkeye Grain, LLC | 100% | 1 |
| D & W Railroad, LLC | 63.94% | 2 |
| Hawkeye Growth Holdings, LLC | 29.55% | 3 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report consists of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

The undersigned, having reviewed the above listing of entities in which the estate of Hawkeye Renewables, LLC holds a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his knowledge.

Dated: January 13, 2010

By: _____
Timothy B. Callahan
Chief Financial Officer

# **TAB 1**

Hawkeye Grain, LLC
Form 26 Entity Report
As of inception date April 23, 2009 to November 30, 2009

**Exhibit A**

**Valuation Estimate for Hawkeye Grain, LLC**

The book value of the limited liability company interest of Hawkeye Grain, LLC ("Grain") equaled $1.9 million as of November 30, 2009. Grain did not have property, plant and equipment as of November 30, 2009.

This value is not the result of a market valuation.

**Exhibit B**

**Financial Statements for Hawkeye Grain, LLC**

## Balance Sheet for Hawkeye Grain, LLC

### As of November 30, 2009
### (Unaudited)

| *(dollars in ones)* | November |
|---|---|
| Cash and Cash Equivalents | 3,327,710 |
| Accounts Receivable | 1,786,359 |
| Corn Derivatives | 1,651,817 |
| **Total Current Assets** | **$6,765,886** |
| | |
| Corn Derivatives | 235,758 |
| **Total Assets** | **$7,001,644** |
| | |
| Accounts Payable | 3,202,439 |
| Accrued Liabilities | 5,615 |
| Corn Derivatives | 1,651,817 |
| **Total Current Liabilities** | **4,859,871** |
| | |
| Corn Derivatives | 235,758 |
| **Total Long-Term Liabilities** | **235,758** |
| **Total Liabilities** | **5,095,629** |
| Net Income | 1,333 |
| Common Interests | 1,904,682 |
| **Total Equity** | **1,906,015** |
| **Total Liabilities & Equity** | **$7,001,644** |

** Hawkeye Grain, LLC was established April 23, 2009. As a result, comparative financial information does not exist for fiscal year 2008.

**Exhibit B-2**

## Statement of Income (Loss) for Hawkeye Grain, LLC

**Period from April 23, 2009 (inception) to November 30, 2009
(Unaudited)**

| | YTD 2009 |
|---|---|
| *(dollars in ones)* | |
| Revenues | $0 |
| Legal and Professional Fees | 4,200 |
| Other | 1,947 |
| Sales, General & Administrative | 6,147 |
| Earnings Before Interest and Taxes | (6,147) |
| Other income (expenses): | |
| Interest Income | 7,480 |
| Earnings Before Taxes | 1,333 |
| Net income | $1,333 |

## Exhibit B-3

## Statement of Cash Flows for Hawkeye Grain, LLC

### Period from April 23, 2009 (inception) to November 30, 2009
### (Unaudited)

| *(dollars in ones)* | YTD 2009 |
|---|---|
| **Cash Flows From Operating Activities:** | |
| Net Income | $1,333 |
| Adjustments to reconcile net income to | |
| Changes in operating assets and liabilities: | |
| Accounts receivable | (1,786,359) |
| Accounts payable | 3,202,439 |
| Inventories | - |
| Prepaid expenses | - |
| Accrued interest | - |
| Other accrued liabilities | 5,615 |
| **Net cash provided by operating activities** | 1,423,028 |
| **Cash Flows From Financing Activities:** | |
| Member contributions | 1,904,682 |
| **Net cash provided by financing activities** | 1,904,682 |
| **Net change in cash** | 3,327,710 |
| **Cash at beginning of period** | - |
| **Cash at end of period** | $3,327,710 |

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Hawkeye Grain, LLC

### Period from April 23, 2009 (inception) to November 30, 2009
### (Unaudited)

| (dollars in ones) | Members' interests | Retained earnings | Total |
|---|---|---|---|
| Balance, April 23, 2009 (inception) | $ — | — | — |
| Capital contributions | 1,904,682 | — | 1,904,682 |
| Net income | — | 1,333 | 1,333 |
| Balance, November 30, 2009 | $ 1,904,682 | 1,333 | 1,906,015 |

**Exhibit C**

**Description of Operations for Hawkeye Grain, LLC**

        Hawkeye Grain, LLC is a 100% owned subsidiary of Renewables and is engaged principally in the business of buying corn from farmers and grain cooperatives and reselling it to Renewables' two ethanol plants. Hawkeye Grain, LLC was formed on April 23, 2009 and maintains an active grain dealer license with the State of Iowa.

## **TAB 2**

D&W Railroad, LLC
Form 26 Entity Report
As of November 30, 2009

# Exhibit A

## Valuation Estimate for D&W Railroad, LLC

Renewables owns approximately a 63.94% interest in D&W Railroad, LLC ("D&W"), a company that owns a short line railroad that connects one of Renewables' plants to other rail lines for product distribution. D&W's property, plant and equipment is stated at cost, net of any impairments and depreciation. Details of the property, plant and equipment are as follows:

|  | November 30, 2009 |
|---|---|
| Property, plant, and equipment: | |
| Rail Line and Trackage | $ 1,200,000 |
| Rail Improvements | 2,119,665 |
| Property, plant, and equipment | 3,319,665 |
| Accumulated depreciation | (294,223) |
| Net property, plant, and equipment | $ 3,025,442 |

## Exhibit B

## Financial Statements D&W Railroad, LLC

# Exhibit B-1

## Balance Sheet for D&W Railroad, LLC

### As of November 30, 2009 and December 31, 2008
### (Unaudited)

|                                            | November 2009 | December 2008 |
|--------------------------------------------|--------------:|--------------:|
| Cash                                       | $9,621        | $8,103        |
| Accounts Receivable - HRLLC                | 49,265        | 47,226        |
| Accounts Receivable - Transco              | 35,525        | 35,155        |
| Prepaid Expenses                           | 93,793        | 84,413        |
| **Total Current Assets**                   | 188,204       | 174,897       |
| Rail Line and Trackage                     | 1,081,596     | 1,109,096     |
| Rail Improvements                          | 1,943,846     | 1,663,711     |
| **Total Property, Plant, and Equipment**   | 3,025,442     | 2,772,807     |
| **Total Assets**                           | $3,213,646    | $2,947,704    |
| Accounts Payable                           | $1,635        | $1,019        |
| Accrued Property Tax Payable               | 81,426        | 78,115        |
| Unearned Revenue                           | 93,793        | 84,413        |
| **Total Current Liabilities**              | 176,854       | 163,547       |
| **Total Liabilities**                      | 176,854       | 163,547       |
| Common Interest, HRLLC                     | 2,122,165     | 1,799,645     |
| Common Interest, Transco                   | 1,202,500     | 1,202,500     |
| Retained Earnings                          | (287,873)     | (217,988)     |
| **Total Equity**                           | 3,036,792     | 2,784,157     |
| **Total Liabilities & Equity**             | $3,213,646    | $2,947,704    |

**Exhibit B-2**

**Statement of Income (Loss) for D&W Railroad, LLC**

**Year to date November 30, 2009 and year ended December 31, 2008
(Unaudited)**

| *(dollars in ones)* | YTD 2009 | 2008 |
|---|---:|---:|
| Crossing fee revenues | $0 | $750 |
| | | |
| **Operating Expenses** | | |
| Insurance | (103,172) | (113,716) |
| Property Taxes | (66,159) | (93,328) |
| Professional Fees | (2,000) | (7,796) |
| Licenses | (250) | (200) |
| Depreciation | (69,885) | (74,798) |
| Rail Maintenance | (33,215) | (19,542) |
| Electricity | (401) | (419) |
| Postage | (58) | (56) |
| Bank fees | (105) | (51) |
| | | |
| **Total Operating Expenses** | (275,245) | (309,906) |
| | | |
| **Net Operating Loss** | (275,245) | (309,156) |
| | | |
| **Other Income/Expenses** | | |
| Reimbursed Expenses Transco | 77,965 | 99,391 |
| Reimbursed Expenses HRLLC | 127,395 | 135,717 |
| | | |
| **Total Other Income** | 205,360 | 235,108 |
| | | |
| **Net Income/Loss** | ($69,885) | ($74,048) |

# Exhibit B-3

## Statement of Cash Flows for D&W Railroad, LLC

### Year to date November 30, 2009 and year ended December 31, 2008
### (Unaudited)

| *(dollars in ones)* | YTD 2009 | | 2008 | |
|---|---|---|---|---|
| Cash flows from operating activities: | | | | |
| Net loss | $ | (69,885) | $ | (74,048) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | |
| Depreciation expense | | 69,885 | | 74,798 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | (2,409) | | (51,390) |
| Prepaid expenses | | (9,379) | | (1,165) |
| Accounts payable | | 616 | | (1) |
| Accrued property taxes | | 3,311 | | 37,491 |
| Unearned revenue | | 9,379 | | 1,165 |
| Net cash provided by (used in) operating activities | | 1,518 | | (13,150) |
| | | | | |
| Cash flows from investing activities: | | | | |
| Capital expenditures | | (322,520) | | (31,376) |
| Net cash used by investing activities | | (322,520) | | (31,376) |
| | | | | |
| Cash flows from financing activities: | | | | |
| Members capital contributions | | 322,520 | | 31,376 |
| Net cash provided by financing activities | | 322,520 | | 31,376 |
| | | | | |
| Net change in cash | | 1,518 | | (13,150) |
| Cash at beginning of period | | 8,103 | | 21,253 |
| Cash at end of period | $ | 9,621 | $ | 8,103 |

## Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for D&W Railroad, LLC

### Year to date November 30, 2009 and year ended December 31, 2008
### (Unaudited)

| | | HRLLC Member interests | Transco Member interests | Retained Earnings/ (Deficit) | Total |
|---|---|---|---|---|---|
| Balance, December 31, 2007 | $ | 1,768,269 | 1,202,500 | (143,940) | 2,826,829 |
| Capital contributions | | 31,376 | — | — | 31,376 |
| Net loss | | — | — | (74,048) | (74,048) |
| Balance, December 31, 2008 | $ | 1,799,645 | 1,202,500 | (217,988) | 2,784,157 |
| | | | | | |
| Capital contributions | | 322,520 | — | — | 322,520 |
| Net loss | | — | — | (69,885) | (69,885) |
| Balance, November 30, 2009 | $ | 2,122,165 | 1,202,500 | (287,873) | 3,036,792 |

**Exhibit C**

**Description of Operations for D&W Railroad, LLC**

D&W Railroad, LLC owns and maintains a 52 mile short line railroad and certain trackage rights from Dewar, Iowa to Oelwein, Iowa. The primary purpose of the railroad owned and maintained by D&W Railroad, LLC is to provide a mode of transportation to and from certain facilities owned by its members.

# TAB 3

Hawkeye Growth Holdings, LLC
Form 26 Entity Report
As of November 30, 2009

**Exhibit A**

**Valuation Estimate for Hawkeye Growth Holdings, LLC**

The book value of the limited liability company interest of Hawkeye Growth Holdings, LLC ("Growth Holdings") was $56.7 million as of November 30, 2009. Growth Holdings did not own property, plant and equipment as of November 30, 2009.

This value is not the result of a market valuation.

## Exhibit B

## Financial Statements Hawkeye Growth Holdings, LLC

## Balance Sheet for Hawkeye Growth Holdings, LLC

### As of November 30, 2009 and December 31, 2008
### (Unaudited)

| Assets | | As of November 30, 2009 | As of December 31, 2008 |
|---|---|---|---|
| Investment in Hawkeye Growth, LLC | $ | 56,681 | 73,946 |
| Total assets | $ | 56,681 | $ 73,946 |
| **Liabilities and Members' Equity** | | | |
| Members' equity | | 56,681 | 73,946 |
| Total liabilities and members' equity | $ | 56,681 | $ 73,946 |

## Statement of Income (Loss) for Hawkeye Growth Holdings, LLC

### Year to date November 30, 2009 and year ended December 31, 2008
### (Unaudited)

| | Eleven Months Ended November 30, 2009 | Year Ended December 31, 2008 |
|---|---|---|
| Equity loss in Hawkeye Growth, LLC | $ (19,057) | $ (61,597) |
| Net loss | $ (19,057) | $ (61,597) |

## Statement of Cash Flows for Hawkeye Growth Holdings, LLC

### Year to date November 30, 2009 and year ended December 31, 2008
### (Unaudited)

| (Dollars in thousands) | Eleven Months Ended November 30, 2009 | | Year Ended December 31, 2008 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net loss | $ | (19,057) | $ (61,597) |
| Equity loss in Hawkeye Growth, LLC | | 19,057 | 61,597 |
| Net cash provided by (used in) operating activities | | — | — |
| Cash flows from investing activity: | | | |
| Investment in Hawkeye Growth, LLC | | — | (17,874) |
| Net cash (used in) investing activities | | — | (17,874) |
| Cash flows from financing activity: | | | |
| Members' capital contributions | | — | 17,874 |
| Net cash provided by financing activitities | | — | 17,874 |
| Net increase (decrease) in cash | | — | — |
| Cash at beginning of period | | — | — |
| Cash at end of period | $ | — | $ — |

## Statement of Changes in Shareholders'/Partners' Equity for Hawkeye Growth Holdings, LLC

### Year to date November 30, 2009 and year ended December 31, 2008
### (Unaudited)

| | Members' Capital | Retained Earnings | Accumulated other comprehensive income (loss) | Total |
|---|---|---|---|---|
| **Balance, December 31, 2007** | $ 122,910 | (2,827) | — | 120,083 |
| Capital contributions | 17,874 | — | — | 17,874 |
| Comprehensive loss: | | | | |
| Net Loss | — | (61,597) | — | (61,597) |
| Unreal. gain on cash flow hedges | — | — | (2,414) | (2,414) |
| Total comprehensive loss | | | | (64,011) |
| **Balance, December 31, 2008** | $ 140,784 | (64,424) | (2,414) | 73,946 |
| Comprehensive loss: | | | | |
| Net Loss | — | (19,057) | — | (19,057) |
| Unreal. gain on cash flow hedges | — | — | 1,792 | 1,792 |
| Total comprehensive loss | | | | (17,265) |
| **Balance, November 30, 2009** | $ 140,784 | (83,481) | (622) | 56,681 |

## Exhibit C

## Description of Operations for Hawkeye Growth Holdings, LLC

Hawkeye Growth Holdings, LLC is a holding company that has an investment in its wholly owned subsidiary, Hawkeye Growth, LLC.