# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                          :
**In re**                                 :    **Chapter 11**
                                          :
**HAWKEYE RENEWABLES, LLC, et al.,**[1]   :    **Case No. 09-14461 (KJC)**
                                          :
            **Debtors.**                  :    **(Jointly Administered)**
                                          :
------------------------------------------------------------x

## ORDER AUTHORIZING DEBTORS TO FILE DEBTORS' REPLY TO LIMITED OBJECTION OF SECOND LIEN AGENT TO APPROVAL OF FINAL ORDER (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, AND (II) PROVIDING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT TO SECTION 105, 361, AND 363 OF THE BANKRUPTCY CODE

Upon the motion (the "<u>Motion</u>")[2] of Hawkeye Renewables, LLC ("<u>Renewables</u>") and its parent, Hawkeye Intermediate, LLC ("<u>Intermediate</u>"), as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking authority to file a Reply (the "<u>Reply</u>"), in response to Limited Objection of the Second Lien Agent to Approval of Final Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, and (II) Providing Adequate Protection to Prepetition Secured Parties Pursuant to Sections 105, 361, and 363 of the Bankruptcy Code [Docket No. 68] (the "<u>Objection</u>") filed by Wilmington Trust FSB (the "<u>Second Lien Agent</u>"), as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the relief granted

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

[2] All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

RLF1 3528056v.1

herein is in the best interests of the all parties in interest; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

>ORDERED that the Motion is GRANTED in all respects; and it is further

>ORDERED that the Debtors are permitted to file the Reply.

Dated: January __, 2010
      Wilmington, Delaware

---
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE