IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
: 
In re : Chapter 11
:
HAWKEYE RENEWABLES, LLC, *et al.*, : Case No. 09-14461 (KJC)
:
Debtors. : Jointly Administered
: **Objection Deadline: TBD**
: **Hearing Date: TBD**
---------------------------------------------------------------------- x

## NOTICE OF MOTION OF THE SECOND LIEN AGENT FOR AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OR, ALTERNATIVELY, AN OFFICIAL COMMITTEE OF SECOND LIEN LENDERS

PLEASE TAKE NOTICE that Wilmington Trust FSB, as agent (the "Second Lien Agent") has filed the attached *Motion of the Second Lien Agent for an Order Directing the Appointment of an Official Committee of Unsecured Creditors, or, Alternatively, an Official Committee of Second Lien Lenders* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Movant requests a status hearing (the "Status Hearing") be held on January 28, 2010 at 4:30 p.m. (EST) before the Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

Dated: January 26, 2010
      Wilmington, Delaware      Respectfully submitted,

**BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Fax: (302) 429-8600
gmcdaniel@bglawde.com

-and-

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Andrew K. Glenn, Esq.
David Mark, Esq.
Alan Lungen, Esq.
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

Counsel *for Wilmington Trust FSB*