IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re                                                    :   Chapter 11
                                                         :
HAWKEYE RENEWABLES, LLC, *et al.*                        :   Case No. 09-14461 (KJC)
                                                         :
            Debtors                                      :   Jointly Administered
                                                         :   **Ref. No. _____**
---------------------------------------------------------x

# ORDER GRANTING MOTION OF THE SECOND LIEN AGENT FOR AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the Motion, dated January 26, 2010 (the "Motion")[1], of Wilmington Trust FSB, as agent (the "Second Lien Agent") under that certain Second Lien Credit Agreement, for entry of an Order compelling the United States Trustee to appoint an official committee of unsecured creditors, or, alternatively, an official committee of Second Lien Lenders in the above-captioned Chapter 11 cases of Hawkeye Renewables, LLC ("Renewables") and its parent Hawkeye Intermediate, LLC ("Intermediate" and, with Renewables, the "Debtors") pursuant to Section 1102(a) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and all of their constituencies in these Chapter 11 cases, and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing for the appointment of an official committee of creditors to adequately represent the interests of creditors in these cases, it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the United States Trustee shall promptly appoint an official committee of unsecured creditors, to be comprised of such unsecured creditors, including Second Lien Lenders, as are willing to serve, in the Debtors' Chapter 11 cases pursuant to section 1102(a) of the Bankruptcy Code.

Wilmington, Delaware
Dated: February __, 2010       _____
                                                    The Honorable Kevin J. Carey
                                                  United States Bankruptcy Judge