IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
**In re**                                   :    Chapter 11
                                            :
**HAWKEYE RENEWABLES, LLC, *et al.*,**[1]   :    Case No. 09-14461 (KJC)
                                            :
     **Debtors.**                           :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* STATUS CONFERENCE ON JANUARY 28, 2010 AT 3:00 P.M.[3]

*THE TELEPHONIC STATUS CONFERENCE TIME HAS BEEN MOVED TO 3:00 P.M.*

**A.     MATTERS GOING FORWARD**

   1.     Status and Scheduling Conference.

          Related Documents:

          A.   Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC, *et al.* Under Chapter 11 of the Bankruptcy Code [Dkt. No. 4 - filed 12/21/09]

          B.   Disclosure Statement for Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC, *et al.* Under Chapter 11 of the Bankruptcy Code [Dkt. No. 5 - filed 12/21/09]

          Status:   A status and scheduling conference with respect to discovery related to the disclosure statement and confirmation hearing will go forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

[2] **Amended items appear in bold.**

[3] The status conference will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the January 28, 2010 status conference must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Standard Time) on Wednesday, January 27, 2010 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27,* 2009. All pleadings referenced herein are available online at http://chapter11.epiqsystems.com/hawkeye.

RLF1 3532334v.1

2. Motion of the Second Lien Agent for an Order Directing the Appointment of an Official Committee of Unsecured Creditors, or, Alternatively, an Official Committee of Second Lien Lenders [Dkt. No. 110 - filed 1/26/10]

Status: A scheduling conference with respect to this matter will go forward.

Dated: January 28, 2010
Wilmington, Delaware

Respectfully submitted,

*Katherine Good*

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Mark D. Collins (No. 2981)
L. Katherine Good (No. 5101)
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Michael F. Walsh
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for the Debtors
and Debtors In Possession*