# CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on February 3, 2010, copies of the foregoing *Second Lien Agent's Notice of Deposition of the Debtors* were caused to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following in the manner indicated:

**Via Hand Delivery**:
Mark D. Collins, Esquire
L. Katherine Good, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Attorneys for Debtors

Robert J. Dehney, Esquire
Gregory T. Donilon, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
Attorneys for First Lien Agent

Mark M. Billion, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attorneys for Thomas H Lee Partners, L.P.

**Via First Class Mail:**
Michael Walsh, Esquire
Sherri L. Toub, Esquire
Julio C. Gurdian, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors

Michael S. Stamer, Esquire
Natalie E. Levine, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attorneys for First Lien Agent

Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Attorneys for First Lien Agent

Kathleen Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, DE 19801
Attorneys for Interstate Power and Light Company and related entities

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Michael I. Bane, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Attorneys for Thomas H Lee Partners, L.P.

Sheryl L. Moreau  
Special Assistant Attorney General  
Missouri Department of Revenue  
General Counsel's Office  
301 W. High Street, Room 670  
Jefferson City, MO 65105-0475  

                                              /s/ Garvan F. McDaniel  
                                              Garvan F. McDaniel, Esquire (No. 4167)