UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| HAWKEYE RENEWABLES, LLC, *et al.*,[1] | : | |
| | | Case No. 09-14461 (KJC) |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

      I certify that, on February 4, 2010, I caused to be served a copy/copies of the Acting United States Trustee's Objection to the Motion of the Second Lien Agent for an Order Directing the Appointment of an Official Committee of Unsecured Creditors or, Alternatively, an Official Committee of Second Lien Lenders via electronic mail and first class United States mail (postage prepaid) to the persons listed below.

| | |
|---|---|
| Michael F. Walsh, Esquire | Mark D. Collins, Esquire |
| Sherri L. Toub, Esquire | L. Katherine Good, Esquire |
| Julio C. Gurdian, Esquire | RICHARDS, LAYTON & FINGER, P.A. |
| WEIL, GOTSHAL & MANGES LLP | One Rodney Square |
| 767 Fifth Avenue | 920 North King Street |
| New York, NY 10153 | Wilmington, DE 19801 |
| michael.walsh@weil.com | collins@rlf.com |
| sherri.toub@weil.com | good@rlf.com |
| julio.gurdian@weil.com | |
| | Michael S. Stamer, Esquire |
| Ralph I. Miller, Esquire | Natalie E. Levine, Esquire |
| Angela C. Zambrano, Esquire | AKIN GUMP STRAUSS HAUER & |
| Yolanda C. Garcia, Esquire |   FELD LLP |
| WEIL, GOTSHAL & MANGES LLP | One Bryant Park |
| 200 Crescent Court, Suite 300 | New York, NY 10036 |
| Dallas, TX 75201 | mstamer@akingump.com |
| ralph.miller@weil.com | nlevine@akingump.com |
| sherri.toub@weil.com | |
| yolanda.garcia@weil.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5336). The Debtors' corporate office and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
AKIN GUMP STRAUSS HAUER &
 FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
salberino@akingump.com
jnewdeck@akingump.com

Robert J. Dehney, Esquire
Gregory T. Donilon, Esquire
MORRIS, NICHOLS ARSHT &
 TUNNEL LLP
1201 North Market Street
Wilmington, DE 19801
gdonilon@mnat.com
rdehney@mnat.com

Andrew K. Glenn, Esquire
David Mark, Esquire
Alan Lungen, Esquire
KASOWITZ, BENSON, TORRES &
 FRIEDMAN LLP
1633 Broadway
New York, NY 10019
aglenn@kasowitz.com
dmark@kasowitz.com
alungen@kasowitz.com

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI LLC
800 North King Street, Plaza Level
Wilmington, DE 19801
gmcdaniel@bglawde.com

    /s/ Joseph J. McMahon, Jr.
Joseph J. McMahon, Jr.
Trial Attorney