# CERTIFICATE OF SERVICE

I, Gregory T. Donilon, certify that I am not less than 18 years of age, and that service of the foregoing **First Lien Agent's Objection To Motion Of The Second Lien Agent For An Order Directing The Appointment Of An Official Committee Of Unsecured Creditors, Or Alternatively, An Official Committee Of Second Lien Lenders** was caused to be made on February 4, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: February 4, 2010

                                            */s/Gregory T. Donilon*
                                             Gregory T. Donilon (No. 4244)