# HAWKEYE SHORT SERVICE LIST

**VIA FAX AND HAND DELIVERY:**

Joseph J. McMahon, Jr., Esq.
Trial Attorney, U.S. Dept. of Justice
844 King Street, Room 2207
J. Caleb Boggs Federal Building
Office of the U.S. Trustee
Wilmington, DE 19801
FAX: 302-573-6497

**VIA EMAIL AND HAND DELIVERY:**

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 North King Street
Plaza Level
Wilmington, DE 19801
EMAIL: gmcdaniel@bglawde.com

Mark D. Collins, Esq.
L. Katherine Good, Esq.
Richards Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
EMAIL: collins@rlf.com ; good@rlf.com

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

Andrew K. Glenn, Esq.
David Mark, Esq.
Alan Lungen, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
EMAIL:aglenn@kasowitz.com;
dmark@kasowitz.com ;
alungen@kasowitz.com

Michael F. Walsh, Esq.
Sherri L. Toub, Esq.
Julio C. Gurdian, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
EMAIL: michael.walsh@weil.com ;
sherri.toub@weil.com ;
julio.gurdian@weilcom

Ralph I. Miller, Esq.
Angela C. Zambrano, Esq.
Yolanda C. Garcia, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
EMAIL: ralph.miller@weilcom ;
angela.zambrano@weil.com ;
yolanda.garcia@weil.com

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

Michael S. Stamer, Esq.
Natalie E. Levine, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
EMAIL: mstamer@akingump.com ;
nlevine@akingump.com

gmcdaniel@bglawde.com; collins@rlf.com ;
good@rlf.com; aglenn@kasowitz.com;
dmark@kasowitz.com ;
alungen@kasowitz.com;
michael.walsh@weil.com ;
sherri.toub@weil.com ;
julio.gurdian@weilcom;
ralph.miller@weilcom ;
angela.zambrano@weil.com ;
yolanda.garcia@weil.com;
mstamer@akingump.com ;
nlevine@akingump.com