# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Hawkeye Renewables, LLC
P.O. Box 2523                      **Chapter:** 11
224 S. Bell Avenue
Ames, IA 50010
 **EIN:** 43–2073162
Iowa Falls Ethanol Plant, L.L.C.

*Case No*.: 09–14461–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 1/28/10 was filed on 2/8/10 . The following deadlines apply:

The parties have seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/1/10 .

If a request for redaction is filed, the redacted transcript is due 3/11/10 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/10/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 2/8/10

(ntc)