# Notice Recipients

District/Off: 0311−1     User: Al     Date Created: 2/8/2010
Case: 09−14461−KJC     Form ID: ntcBK     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Mark D. Collins     collins@rlf.com, rbgroup@rlf.com

                                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Hawkeye Renewables, LLC     P.O. Box 2523     224 S. Bell Avenue     Ames, IA 50010
aty     L. Katherine Good     Richards, Layton &Finger, P.A.     920 North King Street     Wilmington, DE 19801

                                                                                                     TOTAL: 2