# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Hawkeye Renewables, LLC | | |
| **Case Number:** | 09-14461-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 17, 2010 03:00 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

## *Matters:*

**1)** Motion to Appoint Committee
**R / M #:**   0 /  0

**2)** Retentions
**R / M #:**   0 /  0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item
#1 - Order Due
#2, 3  - Order Signed
#4 - Order Due