## **CERTIFICATE OF SERVICE**

The undersigned hereby states that on February 25, 2010, true and correct copies of the *Objection of Wilmington Trust FSB, as Second Lien Agent, to (I) Disclosure Statement and (II) Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* were served upon the following counsel via electronic mail:

Michael Walsh, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Michael.walsh@weil.com
*Attorneys for Debtors*

Mark D. Collins, Esquire
L. Katherine Good, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Collins@rlf.com
Good@rlf.com
*Attorneys for Debtors*

Michael Stamer, Esquire
Akin Gump
One Bryant Park
New York, NY 10036
mstamer@akingump.com
*Attorneys for First Lien Lenders*

Scott L. Alberino, Esquire
Akin Gump
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
salberino@akingump.com
*Attorneys for First Lien Lenders*

Robert J. Dehney, Esquire
Gregory T. Donilon, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
rdehney@mnat.com
gdonilon@mnat.com
*Attorneys for First Lien Lenders*

Shannon Capone Kirk, Esquire
Terrell Iandiorio, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624
Shannon.Kirk@ropesgray.com
Terrell.Iandiorio@ropesgray.com

Joseph McMahon Jr.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
joseph.mcmahon@usdoj.gov

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)