## **Exhibit B**

**Notice of Entry of the Confirmation Order**

US_ACTIVE:\43328166\05\51876.0005

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
HAWKEYE RENEWABLES, LLC, *et al.*,[1]                  :    Case No. 09-14461 (KJC)
                                                       :
       Debtors.                                        :    (Jointly Administered)
                                                       :
                                                       :
---------------------------------------------------------------x

NOTICE OF (A) ENTRY OF ORDER
(i) APPROVING THE DEBTORS' (a) DISCLOSURE STATEMENT
PURSUANT TO SECTIONS 1125 AND 1126(b) OF THE BANKRUPTCY
CODE (b) SOLICITATION OF VOTES AND VOTING PROCEDURES,
AND (c) FORMS OF BALLOTS, AND (ii) CONFIRMING THE DEBTORS'
JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE, AND (B) OCCURRENCE OF EFFECTIVE DATE

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "Confirmation Order") of the Honorable Kevin J. Carey, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC, et al. Under Chapter 11 of the Bankruptcy Code, dated November 24, 2009 (as supplemented and may be further amended, the "Prepackaged Plan"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on March [__], 2010.  Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Prepackaged Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  The Confirmation Order is also available on the internet site of the Debtors' noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/hawkeye or by accessing the Bankruptcy Court's website

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

www.deb.uscourts.gov.  Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

   PLEASE TAKE FURTHER NOTICE that the Effective Date of the Prepackaged Plan occurred on [DATE].

   PLEASE TAKE FURTHER NOTICE that the Prepackaged Plan and its provisions are binding on the Debtors, Reorganized Renewables, any holder of a Claim against, or Equity Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Prepackaged Plan and whether or not such holder or entity voted to accept the Prepackaged Plan, as provided in the Prepackaged Plan.

Dated: _____, 2010
   Wilmington, Delaware

         _____
         RICHARDS, LAYTON & FINGER, P.A.
         One Rodney Square
         920 North King Street
         Wilmington, Delaware  19801
         Mark D. Collins (No. 2981)
         (302) 651-7700

         - and -

         WEIL, GOTSHAL & MANGES LLP
         767 Fifth Avenue
         New York, New York  10153
         Michael F. Walsh
         (212) 310-8000

         *Attorneys for the Debtors and Debtors in Possession*