# Exhibit A

| Ex. No. | Exhibit Description | Bates Range | Prior Designation |
|---|---|---|---|
| 1. | [Reserved] | | |
| 2. | Email from Didier Siffer to Mary Haile, dated December 11, 2009 | CS0012953-954 | n/a |
| 3. | Email from Mary Haile, to Tad Bender and Jason Wheeler, dated January 4, 2010 | CS0013833 | n/a |
| 4. | [Reserved] | | |
| 5. | US Fuel Ethanol Market Analysis, 2005 - 2017 for Hawkeye Renewables by Hart Energy, dated May 25, 2006 | HR11502-542 | n/a |
| 6. | Draft Project Octane Valuation Analysis, dated July 24, 2009 | HR111061-086 | n/a |
| 7. | [Reserved] | | |
| 8. | [Reserved] | | |
| 9. | [Reserved] | | |
| 10. | Project Octane Valuation Analysis by Blackstone, dated December 18, 2009 | HR26389-414 | n/a |
| 11. | Project Octane Business Plan and Valuation, dated September 9, 2009 | HR29278-307 | n/a |
| 12. | Project Octane Business Plan and Valuation, dated July 25, 2009 | HR29624-648 | n/a |
| 13. | Project Octane Business Plan and Valuation, dated July 30, 2009 | HR29747-775 | n/a |
| 14. | Project Octane Business Plan and Valuation, dated August 2, 2009 | HR29840-869 | n/a |
| 15. | [Reserved] | | n/a |
| 16. | Project Octane Business Plan and Valuation, dated January 16, 2010 | HR33504-798 | n/a |
| 17. | Project Octane Business Plan and Valuation, dated January 19, 2010 | HR33561-615 | n/a |
| 18. | Project Octane Business Plan and Valuation, dated January 20, 2010 | HR33618-672 | n/a |
| 19. | Project Octane Business Plan and Valuation, dated December 18, 2009 | HR33689-742 | n/a |

| | | | |
|---|---|---|---|
| 20. | Project Octane Business Plan and Valuation, dated October 21, 2009 | HR33902-931 | n/a |
| 21. | Project Octane Business Plan and Valuation, dated September 11, 2009 | HR33802-831 | n/a |
| 22. | Project Octane Business Plan and Valuation, dated October 14, 2009 | HR33834-863 | n/a |
| 23. | Project Octane Business Plan and Valuation, dated October 2009 | HR34066-098 | n/a |
| 24. | Project Octane Business Plan and Valuation, dated October 29, 2009 | HR34272-316 | n/a |
| 25. | Project Octane Business Plan and Valuation, dated October 30, 2009 | HR34444-491 | n/a |
| 26. | [Reserved] | | |
| 27. | Project Octane Business Plan and Valuation, dated November 4, 2009 | HR34545-593 | n/a |
| 28. | Project Octane Business Plan and Valuation, dated November 3, 2009 | HR34597-645 | n/a |
| 29. | [Reserved] | | |
| 30. | [Reserved] | | |
| 31. | Project Octane Business Plan and Valuation, dated November 10, 2009 | HR34905-955 | n/a |
| 32. | Project Octane Business Plan and Valuation, dated November 13, 2009 | HR35064-114 | n/a |
| 33. | [Reserved] | | |
| 34. | Project Octane Business Plan and Valuation, dated November 17, 2009 | HR35170-220 | n/a |
| 35. | Project Octane Business Plan and Valuation, dated November 19, 2009 | HR35276-326 | n/a |
| 36. | Project Octane Business Plan and Valuation, dated December 16, 2009 | HR35329-380 | n/a |
| 37. | [Reserved] | | |
| 38. | [Reserved] | | |
| 39. | [Reserved] | | |
| 40. | Renewables Meeting with Lenders, undated | HR47721-726 | n/a |
| 41. | Draft Expert Report of Bruce B. Bingham, FASA, dated February 1, 2010 | n/a | n/a |
| 42. | [Reserved] | | |
| 43. | [Reserved] | HR104745 | n/a |

| 44. | [Reserved] | | |
|---|---|---|---|
| 45. | [Reserved] | | |
| 46. | Email from J.D. Schlieman to Marv Debner, dated November 20, 2009 | HR65099 | n/a |
| 47. | [Reserved] | | |
| 48. | Email from J.D. Schlieman to Timothy B. Callahan, dated February 2, 2009 | HR80711 | n/a |
| 49. | [Reserved] | | |
| 50. | Email from Patrick Melia to J.D. Schlieman, dated October 14, 2009 | HR81072-073 | n/a |
| 51. | [Reserved] | | |
| 52. | Project Octane Business Plan and Valuation, dated November 6, 2009 | HR085455-503 | n/a |
| 53. | [Reserved] | | |
| 54. | Email from Timothy B. Callahan to Kevin Mundell, J.D. Schlieman, Jeff Ewing, and others, dated November 4, 2009 with Ethanol Market Update attachment, dated July 28, 2009. | HR086990-013 | n/a |
| 55. | Email from Timothy B. Callahan to Joshua Nelson, Bruce Rastetter, J.D. Schlieman, and others, dated June 10, 2009 | HR087120-121 | n/a |
| 56. | Email from Timothy B. Callahan to Kenneth Nguyen, Michael Genereux, and Sarah Hawkins, dated May 31, 2009 | HR087141-143 | n/a |
| 57. | Email from Timothy B. Callahan to Kenneth Nguyen, Michael Genereux, and Sarah Hawkins, dated May 31, 2009 | HR087147-149 | n/a |
| 58. | [Reserved] | | |
| 59. | Email from Michael Genereux to Timothy B. Callahan, Kenneth Nguyen, and Sarah Hawkins, dated April 13, 2009 | HR087201-202 | n/a |
| 60. | [Reserved] | | |
| 61. | [Reserved] | | |
| 62. | [Reserved] | | |
| 63. | Email with attachments from Timothy B. Callahan to Thomas Hagerty, Bruce Rastetter, Joshua Nelson, and others, dated November 12, 2009 | HR090136-180 | n/a |
| 64. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 65. | [Reserved] | | |
| 66. | [Reserved] | | |
| 67. | [Reserved] | | |
| 68. | [Reserved] | | |
| 69. | [Reserved] | | |
| 70. | [Reserved] | | |
| 71. | [Reserved] | | |
| 72. | [Reserved] | | |
| 73. | [Reserved] | | |
| 74. | Email from Timothy B. Callahan to Bruce Rastetter, J.D. Schlieman, Joshua Nelson, and Michael Genereux, dated April 16, 2009 | HR096172 | n/a |
| 75. | [Reserved] | | |
| 76. | [Reserved] | | |
| 77. | [Reserved] | | |
| 78. | Email from Joshua Nelson to Nikhil Daftary, Kenneth Nguyen, Michael Genereux, Steven Peck, and others, dated November 23, 2009 | HR100844-853 | n/a |
| 79. | Email from Nikhil Daftary to Kenneth Nguyen, Michael Genereux, Steven Peck, Joshua Nelson, and others, dated November 23, 2009 | HR101159-167 | n/a |
| 80. | Project Octane Sensitivity Analysis, undated | HR101213 | n/a |
| 81. | [Reserved] | | |
| 82. | [Reserved] | | |
| 83. | [Reserved] | | |
| 84. | [Reserved] | | |
| 85. | [Reserved] | | |
| 86. | Project Octane Business Plan and Valuation, dated November 12, 2009 | HR103763-813 | n/a |
| 87. | Project Octane Business Plan and Valuations, dated November 6, 2009 and November 3, 2009 | HR104848-896; HR105286-334 | n/a |
| 88. | Project Octane Business Plan and Valuation, dated November 2, 2009 | HR105457-503 | n/a |
| 89. | [Reserved] | | |
| 90. | Project Octane Business Plan and Valuation, dated October 28, 2009 | HR106454-488 | n/a |
| 91. | [Reserved] | | |

| 92. | Project Octane Business Plan and Valuation, dated July 27, 2009 | HR110374-400 | n/a |
|---|---|---|---|
| 93. | Email and attachments from Kenneth Nguyen to Timothy B. Callahan, dated July 28, 2009 | HR110568-614 | n/a |
| 94. | [Reserved] | | |
| 95. | [Reserved] | | |
| 96. | [Reserved] | | |
| 97. | [Reserved] | | |
| 98. | [Reserved] | | |
| 99. | Project Octane Business Plan and Valuation, dated November 10, 2009 | HR114236-286 | n/a |
| 100. | [Reserved] | | |
| 101. | Project Octane Business Plan and Valuation, dated November 13, 2009 | HR114289-339 | n/a |
| 102. | [Reserved] | | |
| 103. | [Reserved] | | |
| 104. | [Reserved] | | |
| 105. | [Reserved] | | |
| 106. | [Reserved] | | |
| 107. | [Reserved] | | |
| 108. | [Reserved] | | |
| 109. | [Reserved] | | |
| 110. | [Reserved] | | |
| 111. | [Reserved] | | |
| 112. | Hawkeye Energy Holdings, LLC Board Presentation, dated January 22, 2009 | HR117224-270 | n/a |
| 113. | [Reserved] | | |
| 114. | [Reserved] | | |
| 115. | [Reserved] | | |
| 116. | [Reserved] | | |
| 117. | [Reserved] | | |
| 118. | [Reserved] | [Reserved] | [Reserved] |
| 119. | [Reserved] | | |
| 120. | [Reserved] | | |
| 121. | [Reserved] | | |
| 122. | [Reserved] | | |

| 123. | [Reserved] | | |
|---|---|---|---|
| 124. | [Reserved] | | |
| 125. | Email and attachment from Timothy Callahan to Timothy Coleman, Michael Genereux, Sarah Hawkins, Joshua Nelson, and others, dated November 21, 2008 | HR120593-594 | n/a |
| 126. | [Reserved] | | |
| 127. | [Reserved] | | |
| 128. | [Reserved] | | |
| 129. | [Reserved] | | |
| 130. | [Reserved] | | |
| 131. | [Reserved] | | |
| 132. | [Reserved] | | |
| 133. | [Reserved] | | |
| 134. | [Reserved] | | |
| 135. | [Reserved] | | |
| 136. | Email from Joshua Nelson to Michael Genereux, Timothy B. Callahan, Bruce Rastetter, and Steven Peck, dated April 3, 2009 | HR124636 | n/a |
| 137. | [Reserved] | | |
| 138. | [Reserved] | | |
| 139. | Email and attachments from Joshua Nelson, Bruce Rastetter, Timothy B. Callahan, J D Schlieman, and others, dated November 19, 2009 | HR126456-465 | n/a |
| 140. | [Reserved] | | |
| 141. | [Reserved] | | |
| 142. | [Reserved] | | |
| 143. | [Reserved] | | |
| 144. | [Reserved] | | |
| 145. | [Reserved] | | |
| 146. | Project Octane Business Plan and Valuation, dated August 4, 2009 | HR132513-542 | n/a |
| 147. | [Reserved] | | |
| 148. | [Reserved] | | |
| 149. | [Reserved] | | |
| 150. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 151. | USDA Agricultural Projections to 2019, dated February 2010 | HR134352-456 | n/a |
| 152. | [Reserved] | | |
| 153. | [Reserved] | | |
| 154. | Annual Energy Outlook 2010 projections, dated December 2009 | HR134479-871 | n/a |
| 155. | Annual Energy Outlook 2009 with projections to 2030 | HR00134488-736 | n/a |
| 156. | [Reserved] | | |
| 157. | Hawkeye Renewables Management Presentation, dated April 2006 | THL-P-00030-231 | n/a |
| 158. | Hawkeye Renewables Confidential Information Memorandum, dated March 2006 | THL00000251-319 | n/a |
| 159. | [Reserved] | | |
| 160. | [Reserved] | | |
| 161. | [Reserved] | | |
| 162. | [Reserved] | | |
| 163. | [Reserved] | | |
| 164. | [Reserved] | | |
| 165. | [Reserved] | | |
| 166. | [Reserved] | | |
| 167. | [Reserved] | | |
| 168. | [Reserved] | | |
| 169. | [Reserved] | | |
| 170. | [Reserved] | | |
| 171. | [Reserved] | | |
| 172. | [Reserved] | | |
| 173. | [Reserved] | | |
| 174. | [Reserved] | | |
| 175. | [Reserved] | | |
| 176. | Email and attachment from Megan Melican to Timothy B. Callahan, Joshua Nelson, Kenneth Nguyen, and others, dated January 24, 2009 | THL00014896-900 | n/a |
| 177. | [Reserved] | | |
| 178. | [Reserved] | | |
| 179. | [Reserved] | | |
| 180. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 181. | Email from Kenneth Nguyen to Timothy B. Callahan and Joshua Nelson, dated February 23, 2009 | THL00018980 | n/a |
| 182. | Email from Timothy B. Callahan to Nathan Katzer, Kenneth Nguyen, Sarah Hawkins, and Megan Melican, dated March 1, 2009 | THL00019035-036 | n/a |
| 183. | [Reserved] | | |
| 184. | [Reserved] | | |
| 185. | [Reserved] | | |
| 186. | [Reserved] | | |
| 187. | Email from Michael Genereux to Joshua Nelson, Timothy B. Callahan, Bruce Rastetter, and others, dated April 17, 2009 | THL00019330-331 | n/a |
| 188. | [Reserved] | | |
| 189. | [Reserved] | | |
| 190. | [Reserved] | | |
| 191. | [Reserved] | | |
| 192. | [Reserved] | | |
| 193. | [Reserved] | | |
| 194. | [Reserved] | | |
| 195. | [Reserved] | | |
| 196. | [Reserved] | | |
| 197. | [Reserved] | | |
| 198. | [Reserved] | | |
| 199. | Email from Joshua Nelson to Steven Peck and Timothy B. Callahan, dated February 23, 2009 | THL00043103-105 | n/a |
| 200. | [Reserved] | | |
| 201. | [Reserved] | | |
| 202. | [Reserved] | | |
| 203. | [Reserved] | | |
| 204. | [Reserved] | | |
| 205. | [Reserved] | | |
| 206. | [Reserved] | | |
| 207. | [Reserved] | | |
| 208. | [Reserved] | | |
| 209. | [Reserved] | | |
| 210. | [Reserved] | | |

| 211. | [Reserved] | | |
|---|---|---|---|
| 212. | [Reserved] | | |
| 213. | [Reserved] | | |
| 214. | [Reserved] | | |
| 215. | [Reserved] | | |
| 216. | [Reserved] | | |
| 217. | Email from Steven Pumilia to Derek Pitt, dated December 21, 2009 | WZ0000001 | n/a |
| 218. | [Reserved] | | |
| 219. | [Reserved] | | |
| 220. | [Reserved] | | |
| 221. | [Reserved] | | |
| 222. | [Reserved] | | |
| 223. | [Reserved] | | |
| 224. | [Reserved] | | |
| 225. | [Reserved] | | |
| 226. | [Reserved] | | |
| 227. | [Reserved] | | |
| 228. | [Reserved] | | |
| 229. | [Reserved] | | |
| 230. | [Reserved] | | |
| 231. | [Reserved] | | |
| 232. | [Reserved] | | |
| 233. | [Reserved] | | |
| 234. | Email from Derek Pitt to Kenneth Hager, dated June 13, 2008 | WZ0000257-259 | n/a |
| 235. | [Reserved] | | |
| 236. | Email from Derek Pitt to Geoffrey Jones and Ray Wallander, dated August 11, 2009 | WZ0000273-274 | n/a |
| 237. | [Reserved] | | |
| 238. | [Reserved] | | |
| 239. | Email from Derek Pitt to Timothy B. Callahan, dated February 7, 2009 | WZ0000365 | n/a |
| 240. | [Reserved] | | |
| 241. | [Reserved] | | |
| 242. | [Reserved] | | |

| 243. | Hawkeye Renewables, LLC Steering Committee report dated March 5, 2009 | n/a | n/a |
|---|---|---|---|
| 244. | [Reserved] | | |
| 245. | Hawkeye Renewables, LLC combined plant income statements and balance sheets for December 31, 2008 and December 31, 2007 | n/a | n/a |
| 246. | [Reserved] | | |
| 247. | Hawkeye Renewables, LLC draft financial statements dated December 31, 2009 | n/a | n/a |
| 248. | Hawkeye Energy Holdings, LLC Board Presentation dated November 13, 2009 | n/a | n/a |
| 249. | [Reserved] | | |
| 250. | [Reserved] | | |
| 251. | [Reserved] | | |
| 252. | [Reserved] | | |
| 253. | Email from Philip Raygorodetsky to Derek Pitt, dated December 15, 2009 | WZ0000669-671 | n/a |
| 254. | [Reserved] | | |
| 255. | [Reserved] | | |
| 256. | [Reserved] | | |
| 257. | [Reserved] | | |
| 258. | [Reserved] | | |
| 259. | 2009 Ethanol Policy Briefing created by Growth Energy, America's Ethanol Producers | n/a | n/a |
| 260. | Order Approving Confidentiality Agreement and Addendum, dated February 17, 2010 | n/a | n/a |
| 261. | [Reserved] | | |
| 262. | Responses and Objections to Second Lien Agent's Notice of Deposition of Wayzata Investment Partners, LLC, dated March 5, 2010 | n/a | n/a |
| 263. | PIRA Global Biofuels Monthly Forecast, dated February 26, 2010 | HR134748-809 | n/a |
| 264. | Table 12. Petroleum Product Prices | n/a | n/a |
| 265. | Valero Presentation at Credit Suisse Energy Conference (February 4, 2010), Valero Energy Corporation's website, www.valero.com | n/a | n/a |
| 266. | FactSet (Chicago Board of Trade) – Average Price of Future Contracts for Natural Gas as of 02/19/2010 | n/a | n/a |

| 267. | FactSet (Chicago Board of Trade) – Historical Pricing Data for Corn | n/a | n/a |
|---|---|---|---|
| 268. | FactSet (Chicago Board of Trade) – Historical Pricing Data for Ethanol | n/a | n/a |
| 269. | United States Department of Agriculture – report dated February 2010 (Corn Prices from 2010 - 2015). http://usda.mannlib.cornell.edu/usda/ers/94005/2010/Table18.xls | n/a | n/a |
| 270. | [Reserved] | | |
| 271. | Corn Bids from Hawkeye Energy Holdings, LLC's website. www.hawkrenew.com | n/a | n/a |
| 272. | [Reserved] | | |
| 273. | [Reserved] | | |
| 274. | [Reserved] | | |
| 275. | Disclosure Statement for Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated November 24, 2009 | n/a | Schlieman Ex 5 |
| 276. | [Reserved] | | |
| 277. | Declaration of Timothy B. Callahan in Support of Debtor's Chapter 11 Petitions and Requests for First Day Relief, undated | n/a | Schlieman Ex 7 |
| 278. | [Reserved] | | |
| 279. | Confidential Information Memorandum of $700,000,000 Senior Secured Credit Facilities for Hawkeye Renewables, dated June 2006 | n/a | Schlieman Ex 9 |
| 280. | Hawkeye Renewables Supplemental Presentation to Private Lenders $700 Million Senior Secured Credit Facilities, dated June 7, 2006 | n/a | Schlieman Ex 10 |
| 281. | [Reserved] | | |
| 282. | FHR & Hawkeye Term Ethanol Opportunity from Flint Hills Resources, dated October 2009 | HR81624-629 | Schlieman Ex 12 |
| 283. | [Reserved] | | |
| 284. | [Reserved] | | |
| 285. | Email from Kenneth Nguyen to Timothy B. Callahan, cc'ing Michael Genereux, dated July 8, 2009 | HR086561 | Callahan Ex 102 |
| 286. | [Reserved] | | |

| 287. | Valuation of the Debtors - Hawkeye Intermediate, LLC and Hawkeye Renewables, LLC presentation by Blackstone, dated January 28, 2010 | HR11635-702 | Callahan Ex 104 |
|---|---|---|---|
| 288. | [Reserved] | | |
| 289. | Commodity Price Projections spreadsheet | HR40042 (native) | Callahan Ex 106 |
| 290. | Hedging Decision Tree presentation | HR096047-065 | Callahan Ex 107 |
| 291. | [Reserved] | | |
| 292. | Email from Jeff Ewing to Timothy Callahan, JD Schlieman, Robin Sampson and Randy Ives, dated November 14, 2009 | HR81897-898 | Callahan Ex 109 |
| 293. | Email from JD Schlieman to Timothy Callahan, Jeff Ewing, Marty Lyons and Marc LaMond, dated October 14, 2009 | HR81622-629 | Callahan Ex 110 |
| 294. | [Reserved] | | |
| 295. | Email from Michael Genereux to Timothy Callahan, dated April 3, 2009 | HR124634 | Callahan Ex 112 |
| 296. | [Reserved] | | |
| 297. | [Reserved] | | |
| 298. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 299. | THL Hakweye Binder, including:<br>i. Memorandum from SMS, SLO, JMN, AJA to Executives, dated May 1, 2006;<br>ii. Hawkeye Advantages presentation;<br>iii. Thomas H. Lee Partners Discussion Materials, dated April 28, 2006;<br>iv. Confidential Information Memorandum, dated March 2006;<br>v. Hawkeye Ethanol Production - US Fuel Ethanol Market Analysis, 2005-2015, dated March 3, 2006;<br>vi. Outlook for Agricultural Commodity Markets Related to Ethanol in the United States by Informa Economics, dated February 2006;<br>vii. FBR - Ethanol: A High-Octane Player in the Energy Sector, dated March 27, 2006;<br>viii. Citigroup - Ethanol - Impact on Chemicals, dated February 16, 2006;<br>ix. Citigroup - Today's U S Ethanol Industry, dated March 22, 2006;<br>x. Citigroup - Monsanto, dated March 27, 2006; Morgan Stanley - Deere - Ethanol: The Next Energy Play, dated February 1, 2006;<br>xi. Biofuels: Think Outside the Barrel by Vinod Khosha, dated January 2006;<br>xii The Debate on Energy and Greenhouse Gas Emissions Impacts of Fuel Ethanol by Michael Wang, dated August 3, 2005 | THL-P-00001-498 | Callahan Ex 116 |
| 300 | Hawkeye Energy Holdings, LLC Board Presentation, dated November 13, 2009 | n/a | Callahan Ex 117 |
| 301. | Oppenheimer Preliminary Report of F John Stark and Brian Kotter in re Hawkeye Renewables, LLC, et al., dated February 22, 2010 | n/a | Callahan Ex 118 |
| 302. | [Reserved] | | |
| 303. | [Reserved] | | |
| 304. | [Reserved] | | |
| 305. | Email from Derek Pitt to Timothy Callahan, dated June 3, 2009 | WZ0000201 | Wayzata 4 [Wallander] |
| 306. | [Reserved] | | |
| 307. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 308. | [Reserved] | | |
| 309. | Email from Timothy Callahan to Michael Genereux, dated November 20, 2009 | HR 095572-574 | Wayzata 8 [Wallander] |
| 310. | [Reserved] | | |
| 311. | [Reserved] | | |
| 312. | Email from Derek Pitt to Pat Halloran and Joe Deignan, dated October 9, 2009 | WZ0000564 | Wayzata 11 [Wallander] |
| 313. | [Reserved] | | |
| 314. | [Reserved] | | |
| 315. | [Reserved] | | |
| 316. | [Reserved] | | |
| 317. | Email from Derek Pitt to John Foley, dated June 17, 2009 | WZ0000578 - 579 | Wayzata 16 [Wallander] |
| 318. | [Reserved] | | |
| 319. | [Reserved] | | |
| 320. | [Reserved] | | |
| 321. | Email from Rita Aramburo to David Koenig and Mike Laue, dated November 9, 2009 | CW000090 | 119 [Genereux] |
| 322 | [Reserved] | | |
| 323. | Email from Michael Genereux to Julius Krein, dated November 23, 2008 | HR120388-389 | 121 [Genereux] |
| 324. | Email from Michael Genereux to Didier Siffer and Tad Bender, dated January 23, 2009 | CS0002105-109 | 122 [Genereux] |
| 325. | Email from Kenneth Nguyen to Kathy Lai, dated July 26, 2009 | HR110807-814 | 123 [Genereux] |
| 326 | Email from Kathy Lai to Kenneth Nguyen, dated July 26, 2009 | HR110864-871 | 124 [Genereux] |
| 327 | Email from Josh Sun to Kenneth Nguyen, dated July 26, 2009 | HR110901-908 | 125 [Genereux] |
| 328. | Project Octane - Business Plan and Valuation, August 3, 2009 | HR133439-468 | 126 [Genereux] |
| 329. | Project Octane - Valuation Analysis, July 21, 2009 | HR111360-385 | 127 [Genereux] |
| 330. | Email from Michael Genereux to Kathy Lai and Kenneth Nguyen, dated July 21, 2009 | HR111355-356 | 128 [Genereux] |
| 331 | Email from Timothy B. Callahan to Kenneth Nguyen, dated September 11, 2009 | HR127099-100 | 129 [Genereux] |

| | | | |
|---|---|---|---|
| 332. | Email from Kenneth Nguyen to Michael Walsh, dated September 10, 2009 | HR127225-272 | 130 [Genereux] |
| 333. | Project Octane - Business Plan and Valuation, dated November 2, 2009 | HR34495-541 | 131 [Genereux] |
| 334. | [Reserved] | | |
| 335. | Memorandum from Michael Genereux re Blackstone Group Expert Report, dated February 10, 2009 | n/a | 133 [Genereux] |
| 336. | Email from Timothy Callahan to Joshua Nelson, Shari Wolkon, Steven Peck and Julio Gurdian, dated December 9, 2009 | HR086905-906 | 134 [Genereux] |
| 337. | PIRA Global Biofuels Production Forecast, dated August 30, 2009 | HR106359 (native) | 135 [Genereux] |
| 338. | [Reserved] | | |
| 339. | Email from Michael Genereux to Timothy Callahan, Bruce Rastetter, Joshua Nelson, Steven Peck and Michael Walsh, dated June 6, 2009 | HR112663 | 138 [Genereux] |
| 340. | Email from Joshua Nelson to Timothy Callahan and Bruce Rastetter, dated April 3, 2009 | HR124637 | 139 [Genereux] |
| 341. | Email from Michael Genereux to Didier Siffer, dated February 20, 2009 | CS0002352-353 | 140 [Genereux] |
| 342. | [Reserved] | | |
| 343. | Email from Michael Genereux to Kenneth Nguyen, dated October 22, 2009 | HR126550-551 | 142 [Genereux] |
| 344. | Email from Rita Aramburo to David Koenig and Mike Lau, dated November 9, 2009 | CW0000903 | Koenig 1 |
| 345. | Email from David Koenig to Rita Aramburo, dated June 18, 2009 | CW0000666-668 | Koenig 2 |
| 346. | [Reserved] | | |
| 347. | Email from Timothy B. Callahan to Sarah Hawkins and Kenneth Nguyen, dated January 1, 2009 | HR118436-438 | 202 [Rastetter] |
| 348. | Table 12 Petroleum Product Prices | HR134469-478 | 203 [Rastetter] |
| 349. | Email from Derek Pitt to Brad Zilka, dated March 16, 2009 | WZ0000170-172 | 204 [Rastetter] |
| 350. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 351. | Email from Derek Pitt to Pat Halloran, dated July 24, 2009 | WZ0000053-054 | 206 [Rastetter] |
| 352. | Annual Energy Outlook-Retrospective Review, dated September 2008 | n/a | Kotter 175 |
| 353. | Annual Energy Outlook 2010 - Early Release Overview, dated December 2009 | n/a | Kotter 176 |
| 354. | [Reserved] | | |
| 355. | USDA Agricultural Projections to 2019, dated February 2010 | n/a | Kotter 178 |
| 356. | Expert Report of Bruce B. Bingham, FASA re Hawkeye Renewables, dated 12 February 2010 | n/a | 15 [Bingham] |
| 357. | Press Release - Murphy Oil Announces Acquisition of Ethanol Plan, dated October 1, 2009 | n/a | 16 [Bingham] |
| 358. | Draft Expert Report of Bruce B. Bingham, FASA re Hawkeye Renewables, dated 1 February 2010 | n/a | 17 [Bingham] |
| 359. | Draft Expert Report of Bruce B. Bingham, FASA re Hawkeye Renewables, dated 12 February 2010 | n/a | 18 [Bingham] |
| 360. | [Reserved] | | |
| 361. | [Reserved] | | |
| 362. | [Reserved] | | |
| 363. | [Reserved] | | |
| 364. | [Reserved] | | |
| 365. | [Reserved] | | |
| 366. | [Reserved] | | |
| 367. | [Reserved] | | |
| 368. | [Reserved] | | |
| 369. | [Reserved] | | |
| 370. | [Reserved] | | |
| 371. | [Reserved] | | |
| 372. | [Reserved] | | |
| 373. | Expert Report of Michael Genereux, dated February 10, 2010 | n/a | 133 [Stark] |
| 374. | [Reserved] | | |
| 375. | [Reserved] | | |
| 376. | [Reserved] | | |

| | | | |
|---|---|---|---|
| 377. | Letter from Shannon Capone Kirk to David Mark re In re Hawkeye Renewables, dated February 11, 2010 | n/a | Nelson 1 |
| 378. | Letter from Alison McLaughlin to David Mark re In re Hawkeye Renewables, dated March 3, 2010 | n/a | Nelson 2 |
| 379. | [Reserved] | | |
| 380. | [Reserved] | | |
| 381. | [Reserved] | | |
| 382. | [Reserved] | | |
| 383. | [Reserved] | | |
| 384. | Memorandum from Vanessa Gomez and Kevin Buddhdew to Didier Siffer, Tad Bender and Mary Haile, dated November 20, 2008 | CS0001774-776 | Suisse 1 [Siffer] |
| 385. | Memorandum from Didier Siffer, Tad Bender and Mary Haile to Michael Criscito, dated November 25, 2008 | CS0023047-048 | Suisse 2 [Siffer] |
| 386. | Impaired Asset Report as of December 31, 2008 | CS0021990-994 | Suisse 3 [Siffer] |
| 387. | [Reserved] | | |
| 388. | Global Recovery Management re Hawkeye Renewables LLC, dated February 29, 2009 | CS0021761 | Suisse 5 [Siffer] |
| 389. | Global Recovery Management Surveillance Report re Hawkeye Renewables LLC, dated November 30, 2008 | CS0002995 | Suisse 6 [Siffer] |
| 390. | Global Recovery Management PAF Report re Hawkeye Renewables LLC, dated March 31, 2008 | CS0016076 | Suisse 7 [Siffer] |
| 391. | Impaired Asset Report re Hawkeye Renewables LLC, as of March 31, 2009 | CS0022080-084 | Suisse 8 [Siffer] |
| 392. | Impaired Asset Report re Hawkeye Renewables LLC, as of June 30, 2009 | CS0022085-088 | Suisse 9 [Siffer] |
| 393. | Memorandum from C. Tad Bender and Mary Haile to Didier Siffer, dated January 30, 2009 | CS0021851-853 | Suisse 10 [Siffer] |
| 394. | Memorandum from Didier Siffer, C. Tad Bender and Mary Haile to Michael Criscito, dated March 3, 2009 | CS0021857-859 | Suisse 11 [Siffer] |
| 395. | Memorandum from C. Tad Bender and Mary Haile to Didier Siffer, dated March 27, 2009 | CS0021860-862 | Suisse 12 [Siffer] |

| | | | |
|---|---|---|---|
| 396. | Memorandum from C. Tad Bender and Mary Haile to Didier Siffer, dated April 27, 2009 | CS0021863-865 | Suisse 13 [Siffer] |
| 397. | Memorandum from C. Tad Bender and Mary Haile to Didier Siffer, dated May 29, 2009 | CS0021866-868 | Suisse 14 [Siffer] |
| 398. | Memorandum from C. Tad Bender to Didier Siffer, dated July 28, 2009 | CS0021869-871 | Suisse 15 [Siffer] |
| 399. | Impaired Asset Report re Hawkeye Renewables LLC, as of September 30, 2009 | CS0022111-115 | Suisse 16 [Siffer] |
| 400. | [Reserved] | | |
| 401. | Email from Didier Siffer to Timothy Callahan, dated February 3, 2009 | CS0020174-175 | Suisse 18 [Siffer] |
| 402. | [Reserved] | | |
| 403. | [Reserved] | | |
| 404. | [Reserved] | | |
| 405. | [Reserved] | | |
| 406. | Email from Didier Siffer to Michael Genereux, dated January 9, 2009 | CS0020166-167 | Suisse 23 [Siffer] |
| 407. | [Reserved] | | |
| 408. | Letter from Scott Alberino to Michael Walsh, dated November 9, 2009 | CS0002600-604 | Suisse 25 [Siffer] |
| 409. | [Reserved] | | |
| 410. | Email from Sudhir Shrotri to Mary Haile, dated December 7, 2009 | CS0012746-747 | Suisse 27 [Siffer] |
| 411. | [Reserved] | | |
| 412. | USDA Agricultural Baseline Projections to 2015, dated February 2006 | n/a | n/a |
| 413. | USDA Agricultural Baseline Projections to 2016, dated February 2007 | n/a | n/a |
| 414. | FG Yearbook Table-01-Full.xls (Historical Actual Corn Prices) | n/a | n/a |
| 415. | 2006 aeotbab_12.xls – Table 12 from Annual Energy Outlook 2006 (2006 Ethanol Price Projections) | n/a | n/a |
| 416. | Official Nebraska Government Site: Ethanol and Unleaded Gasoline Average Racked Prices | n/a | n/a |
| 417. | Agricultural Baseline Projections to 2005, Reflecting the 1996 Farm Act, dated 1997 – Table 11 (Past Corn Farm Price Projections) | n/a | n/a |

| | | | |
|---|---|---|---|
| 418. | USDA Agricultural Projections to 2007, dated 1998 – Table 9 (Past Corn Farm Price Projections) | n/a | n/a |
| 419. | USDA Agricultural Projections to 2008, dated 1999 – Table 9 (Past Corn Farm Price Projections) | n/a | n/a |
| 420. | USDA Agricultural Projections to 2009, dated 2000 – Table 10 (Past Corn Farm Price Projections) | n/a | n/a |
| 421. | USDA Agricultural Projections to 2010, dated 2001 – Table 11 (Past Corn Farm Price Projections) | n/a | n/a |
| 422. | USDA Agricultural Projections to 2011, dated 2002 – Table 9 (Past Corn Farm Price Projections) | n/a | n/a |
| 423. | USDA Agricultural Projections to 2012, dated 2003 – Table 8 (Past Corn Farm Price Projections) | n/a | n/a |
| 424. | USDA Agricultural Projections to 2013, dated 2004 – Table 8 (Past Corn Farm Price Projections) | n/a | n/a |
| 425. | USDA Agricultural Projections to 2014, dated February 2005 – Table 8 (Past Corn Farm Price Projections) | n/a | n/a |
| 426. | USDA Agricultural Projections to 2017, dated February 2008 – Table 8 (Past Corn Farm Price Projections) | n/a | n/a |
| 427. | USDA Agricultural Projections to 2018, dated February 2009 – Table 8 (Past Corn Farm Price Projections) | n/a | n/a |
| 428. | Retail Gasoline DOE (in excel and pdf) – Annual Average of Weekly U.S. Regular Conventional Retail Gasoline Prices (Cents Per Gallon) used to proxy historical Gas Prices. | n/a | n/a |
| 429. | U.S. Historical Inflation Figures 1913-2009 | n/a | n/a |
| 430. | Annual Energy Outlook Retrospective Review: Evaluation of Projections in Past Editions (1982- 2008) – Table 4. World Oil Prices, Projected vs. Actual | n/a | n/a |
| 431. | Hawkeye Energy Holdings, LLC Board Presentation, dated October 28, 2008 | HR83233 | n/a |
| 432. | Hawkeye Energy Holdings, LLC Board Presentation, dated August 1, 2008 | HR132917 | n/a |
| 433. | Hawkeye Energy Holdings, LLC Board Presentation, dated May 27, 2008 | THL00022861 | n/a |

| 434. | Hawkeye Energy Holdings, LLC Board Presentation, dated April 30, 2009 | HR83103 | n/a |
| 435. | Hawkeye Energy Holdings, LLC Board Presentation, dated July 28, 2009 | HR86484 | n/a |
| 436. | Hawkeye Energy Holdings, LLC Board Presentation, dated December 18, 2008 | HR50406 | n/a |
| 437. | Hawkeye Energy Holdings, LLC Board Presentation, dated March 5, 2010 | HR134773 | n/a |