IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re                                    :    Chapter 11
                                         :
HAWKEYE RENEWABLES, LLC, *et al.*,[1]    :    Case No. 09-14461 (KJC)
                                         :
           Debtors.                      :    (Jointly Administered)
                                         :
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 12, 2010 AT 9:30 A.M.[2]

I. **CONTESTED MATTERS GOING FORWARD**

   1. Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC *et al.* Under Chapter 11 of the Bankruptcy Code [Dkt. No. 4 - filed 12/21/09]

      Objection/Response Deadline: February 18, 2010 at 4:00 p.m. (EST)

      Related Documents:

      A. Disclosure Statement for Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 5 - filed 12/21/09]

      B. Notice of (I) Commencement of Chapter 11 Cases, (II) Combined Hearing to Approve Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and to Confirm Prepackaged Plan, and (III) Establishment of Objection Deadline [Dkt. No. 51 - filed 12/23/09]

      C. Agreed Scheduling Order [Dkt. No. 164 - filed 2/12/10]

      D. Plan Supplement [Dkt. No. 220 - filed 3/12/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

[2] The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the April 12, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Friday, April 9, 2010 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at http://chapter11.epiqsystems.com/hawkeye.

RLF1 3555196v.1

E. Debtors' Memorandum of Law in Support of its Request for an Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots and (II) Confirming the Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC, *et al.* Under Chapter 11 of the Bankruptcy Code [Dkt. No. 226 - filed 3/12/10]

F. Declaration of Michael Genereux in Support of Confirmation of the (I) Disclosure Statement and (II) Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 230 - filed 3/13/10]

G. Declaration of Timothy B. Callahan in Support of Confirmation of the (I) Disclosure Statement and (II) Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 231 - filed 3/13/10]

H. Debtors' and First Lien Agent's Joint Objections and Counter-Designations of Deposition Testimony [Dkt. No. 236 - filed 3/15/2010]

I. Debtors' and First Lien Agent's Joint Objections to the Exhibits Designated by Wilmington Trust FSB, as Second Lien Agent [Dkt. No. 237 - filed 3/15/2010]

J. Joint Pretrial Memorandum Related to the Confirmation of the Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC, *et al.* Under Chapter 11 of the Bankruptcy Code [Dkt. No. 238 - filed 3/16/10]

K. Objections of Wilmington Trust FSB, as Second Lien Agent, to Debtors' and First Lien Agent's Exhibit List and Designation of Deposition Excerpts, and Counter-Designation [Dkt. No. 240 - filed 3/16/10]

L. Wilmington Trust FSB, as Second Lien Agent, Amended Designation of Witnesses, Deposition Transcripts, and Exhibits in Connection with its Objection to the Debtors' Joint Pre-Packaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Undocketed]

M. Debtors' and First Lien Agent's Amended Joint Exhibit List [Dkt. No. 253 - filed 3/17/10]

N. Debtors' and First Lien Agent's Joint Objections to the Supplemental Exhibits Designated by Wilmington Trust FSB, as Second Lien Agent [Dkt. No. 254 - filed 3/17/10]

O. Debtors' and First Lien Agent's Second Amended Joint Exhibit List [Dkt. No. 256 - filed 3/17/10]

P.  Debtors' and First Lien Agent's Corrected Second Amended Joint Exhibit List [Dkt. No. 257 - filed 3/17/10]

Q.  Wilmington Trust FSB, as Second Lien Agent, Second Amended Designation of Exhibits in Connection with its Objection to the Debtors' Joint Pre-Packaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. 258 - filed 3/18/10]

R.  Debtors' and First Lien Agent's Third Amended Joint Exhibit List [Dkt. No. 261 - filed 3/18/10]

Objections/Responses Received:

i.  Objection of Wilmington Trust FSB, as Second Lien Agent, to (I) Disclosure Statement and (II) Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 187 - filed 2/25/10]

ii.  Response of Thomas H. Lee Partners, L.P. to Objection of Wilmington Trust FSB, as Second Lien Agent, to (I) Disclosure Statement and (II) Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 224 - filed 3/12/10]

iii.  Debtors' Response to the Objection of Wilmington Trust FSB, as Second Lien Agent, to the Debtors' (I) Disclosure Statement and (II) Joint Prepackaged Chapter 11 Plan [Dkt. No. 227 - filed 3/12/10]

iv.  First Lien Agent's (A) Statement in Support of Confirmation of the Prepackaged Plan and (B) Reply to Objection of Wilmington Trust FSB, as Second Lien Agent, to (I) Disclosure Statement and (ii) Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. No. 228 - filed 3/12/10]

Status: The hearing on this matter will go forward.

Dated: April 8, 2010  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Katherine Good*

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Mark D. Collins (No. 2981)
L. Katherine Good (No. 5101)
Tyler D. Semmelman (No. 5386)
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Michael F. Walsh
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors In Possession*