IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
HAWKEYE RENEWABLES, LLC, et al.,[1] : Case No. 09-14461 (KJC)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON APRIL 15, 2010 AT 3:00 P.M.[3]

**THE HEARING TIME HAS BEEN MOVED TO 3:00 P.M. BY THE DIRECTION OF THE COURT**

I. **CONTESTED MATTERS GOING FORWARD**

1. Joint Prepackaged Plan of Reorganization of Hawkeye Renewables, LLC et al. Under Chapter 11 of the Bankruptcy Code [Dkt. No. 4 - filed 12/21/09]

   Objection/Response Deadline: February 18, 2010 at 4:00 p.m. (EST)

   Related Documents:

   A. Wilmington Trust FSB, as Second Lien Agent, Second Amended Designation of Exhibits in Connection with its Objection to the Debtors' Joint Pre-Packaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Dkt. 258 - filed 3/18/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

[2] **Amended items appear in bold.**

[3] The telephonic hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the April 15, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Wednesday, April 14, 2010 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at http://chapter11.epiqsystems.com/hawkeye.

RLF1 3560551v.1

B.     Debtors' and First Lien Agent's Third Amended Joint Exhibit List [Dkt. No. 261 - filed 3/18/10]

Objections/Responses Received:

i.     Debtors' and First Lien Agent's Joint Objections to the Exhibits Designated by Wilmington Trust FSB, as Second Lien Agent [Dkt. No. 237 - filed 3/15/2010]

ii.     Objections of Wilmington Trust FSB, as Second Lien Agent, to Debtors' and First Lien Agent's Exhibit List and Designation of Deposition Excerpts, and Counter-Designation [Dkt. No. 240 - filed 3/16/10]

iii.     Debtors' and First Lien Agent's Joint Objections to the Supplemental Exhibits Designated by Wilmington Trust FSB, as Second Lien Agent [Dkt. No. 254 - filed 3/17/10]

Status:   A telephonic status conference regarding objections to exhibits used at the confirmation hearing will go forward.

Dated: April 14, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Katherine Good

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Mark D. Collins (No. 2981)
L. Katherine Good (No. 5101)
Tyler D. Semmelman (No. 5386)
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Michael F. Walsh
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors In Possession*