UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
:
HAWKEYE RENEWABLES, LLC, et al.,[1] : Case No. 09-14461 (KJC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Re: Docket No. 296, 315

## ORDER PURSUANT TO SECTION 521 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 1007, AND LOCAL RULE 1007-1 (I) FURTHER EXTENDING THE DEBTORS' TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) PERMANENTLY WAIVING THE REQUIREMENTS TO FILE SAME UPON CONFIRMATION OF THE PREPACKAGED PLAN

Upon the motion, dated April 19, 2010 (the "Motion"),[2] of Hawkeye Renewables, LLC ("Renewables") and its parent, Hawkeye Intermediate, LLC ("Intermediate"), as debtors and debtors in possession in the above-referenced chapter 11 cases (collectively, the "Debtors"), for entry of an order, pursuant to section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and Local Rule 1007-1, (i) granting a further extension of the time within which the Debtors may file their Schedules and Statements and (ii) waiving the requirement to file same upon the confirmation of the Prepackaged Plan, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

§§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and no other or further notice being necessary; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their respective estates, their creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the time within which the Debtors must file the Schedules and Statements required by Bankruptcy Rule 1007 is extended for an additional sixty (60) days, up to and including June 19, 2010 (the "Filing Deadline"), without prejudice to the Debtors' right to request further extensions of time within which to file the Schedules and Statements; and it is further

ORDERED that if the Prepackaged Plan is confirmed and becomes effective before the Filing Deadline (as such date may hereafter be modified), the requirement that the Debtors file the Schedules and Statements shall be permanently waived; provided, however, that if the Debtors seek to establish a claims bar date, such waiver shall be null and void, and the Debtors shall be required to file their Schedules and Statements no later than fourteen (14) days after the filing of a motion to establish a bar date unless further extended by order of this Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: May 10, 2010
      Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE