UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                : Chapter 11
                                     :
HAWKEYE RENEWABLES, LLC, *et al.*,[1] : Case No. 09-14461 (KJC)
                                     :
Reorganized Debtors.                 : (Jointly Administered)
                                     :
                                     : Objection Deadline: 9/7/10 at 4:00 p.m.
                                     : Hearing Date: 9/14/10 at 2:00 p.m.
------------------------------------------------------------x

## FIRST AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 21, 2009 THROUGH JUNE 18, 2010

Name of Applicant:                              Richards, Layton & Finger, P.A.

Authorized to Provide Professional Services to: the above-captioned debtors and debtors in possession

Date of Retention:                              February 17, 2010 *nunc pro tunc* to December 21, 2009

Period for which compensation
and reimbursement are sought:                   December 21, 2009 through June 18, 2010

Amount of Compensation sought as actual,
reasonable, and necessary:                      $187,235.00

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:           $41,473.02

This is a(n): ___ monthly    ___ interim    _X_ final application

Prior Applications Filed: None

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

RLF1 3590013v. 1

| Name of Professional | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $675 | 52.1 | $35,167.50 |
| James G. Leyden, Jr. | Joined firm as associate in 1987. Director in 1994. Member of DE Bar since 1988. | $650 | 5.0 | $3,250.00 |
| Srinivas M. Raju | Joined firm as associate in 1994. Director in 2001. Member of DE Bar since 1994. | $600 | 2.7 | $1,620.00 |
| Marcos A. Ramos | Joined firm as associate in 2002. Counsel in 2008. Member of NY Bar since 1995, CA Bar since 1998, MD Bar since 2001 and DE Bar since 2003. | $450 | 0.8 | $360.00 |
| Monica M. Ayres | Joined firm as associate in 1999. Director in 2008. Member of DE Bar since 2000. | $450 | 1.4 | $630.00 |
| Christine M. Morabito | Joined firm as associate in 1999. Counsel in 2007. Member of DE Bar since 1999. | $425 | 1.8 | $765.00 |
| Sarah R. Stafford | Joined firm as associate in 2007. Member of Ohio Bar since 2006. Member of DE Bar since 2008. | $340 | 0.2 | $68.00 |
| Michael W. Romanczuk | Joined firm as associate in 2005. Member of DE Bar since 2005. | $320 | 1.1 | $352.00 |

| Name of Professional | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dana L. Reynolds | Joined firm as associate in 2008. Member of DE Bar since 2006. | $290 | 1.0 | $290.00 |
| L. Katherine Good | Joined firm as associate in 2007. Member of PA Bar since 2007. Member of DE Bar since 2008. | $275<br>$340 | 24.6<br>204.5 | $6,765.00<br>$69,530.00 |
| Julie A. Finocchiaro | Joined firm as associate in 2009. Member of DE Bar since 2009. | $230<br>$240 | 0.6<br>0.7 | $138.00<br>$168.00 |
| Robert C. Maddox | Joined firm as associate in 2009. | $230<br>$240 | 2.5<br>0.2 | $575.00<br>$48.00 |
| Tyler Semmelman | Joined firm as associate in 2009. Member of DE Bar since 2009. | $230<br>$240 | 17.6<br>104.1 | $4,048.00<br>$24,984.00 |
| Ann Jerominski | Paralegal since 1995. Registered Paralegal since 2000. Joined firm in 2000. | $195 | 3.4 | $663.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $195 | 2.6 | $507.00 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $195 | 3.5 | $682.50 |
| Jamie E. Schairer | Paralegal since 2009. Joined firm in 2009. | $195 | 1.0 | $195.00 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $195 | 3.3 | $643.50 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 115.4 | $22,503.00 |
| Robyn K. Sinclair | Paralegal since 2010. Joined firm in 2010. | $195 | 7.6 | $1,482.00 |
| Tracy A. Cameron | Paralegal since 2005. Joined firm in 1992. | $195 | 1.9 | $370.50 |

3

| Name of Professional | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tracy Allen | Paralegal since 2000. Joined firm in 2006. | $195 | 1.8 | $351.00 |
| Daniel D. White | MIS Dept. | $190 | 44.1 | $8,379.00 |
| Joseph P. Stansbury | MIS Dept. | $175 | 1.0 | $175.00 |
| William S. Stephens | MIS Dept. | $175 | 7.4 | $1,295.00 |
| Michael L. Collins | MIS Dept. | $200 | 0.6 | $120.00 |
| Amy B. Anderson | CMA. | $100 | 0.5 | $50.00 |
| Brenda D. Tobin | CMA. | $100 | 10.6 | $1,060.00 |
| **TOTAL** | | | **625.6** | **$187,235.00** |

|  |  |
|---|---|
| Grand Total | $187,235.00 |
| Attorney Compensation | $148,758.50 |
| Total Attorney Hours | 420.9 |
| Blended Rate | $353.43 |

Dated: August 2, 2010
      Wilmington, Delaware

# COMPENSATION BY PROJECT CATEGORY
## DECEMBER 21, 2009 THROUGH JUNE 18, 2010

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 44.7 | $10,494.00 |
| Creditor Inquiries (B) | 0.8 | $199.50 |
| Meetings (C) | 7.2 | $3,027.00 |
| Executory Contracts/Unexpired Leases (D) | 0.6 | $204.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 72.8 | $27,555.00 |
| Use, Sale, Lease of Assets (G) | 7.6 | $2,564.00 |
| Cash Collateral/DIP Financing (H) | 11.2 | $2,942.50 |
| Claims Administration (I) | 0.2 | $68.00 |
| Court Hearings (J) | 331.1 | $93,198.00 |
| General Corporate/Real Estate (K) | 4.3 | $2,815.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 25.1 | $7,184.50 |
| Employee Issues (M) | 1.0 | $195.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 94.9 | $30,251.00 |
| RL&F Retention (Q-1) | 4.1 | $1,188.00 |
| Retention of Others (Q-2) | 16.2 | $4,446.00 |
| RL&F Fee Applications (R-1) | 0.6 | $131.50 |
| Fee Applications of Others (R-2) | 1.0 | $224.00 |
| Vendor/Supplies (S) | 0.1 | $19.50 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 1.9 | $460.50 |
| Insurance (V) | 0.2 | $68.00 |
| **TOTAL** | **625.6** | **$187,235.00** |

RLF1 3590013v. 1

# EXPENSE SUMMARY
## DECEMBER 21, 2009 THROUGH JUNE 18, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $7.00 |
| Long Distance Telephone | Intercall | $1,065.48 |
| In-House Reproduction (Duplication/Printing) | Copies: 59,306 @ $.10 pg. Printing: 41,606 @ $.10 pg. | $10,091.20 |
| Outside Reproduction | Parcels | $8.00 |
| Legal Research | | $1,032.59 |
| Filing/Court Fees | CourtCall LLC, American Express, US District Court Clerk | $1,726.00 |
| Court Reporting | Jennifer Ryan Enslen, J&J Court Transcribers, Antonio's Word Processing, Diaz Court Transcribers, Transcripts Plus, Veritext/NY Reporting, Diana Doman Transcribing, Wilcox & Fetzer | $8,573.85 |
| Travel Expenses | Roadrunner Express Inc., City Wide Limo | $1,312.25 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Parcels, Blue Marble, Federal Express | $7,188.57 |
| Postage | | $45.33 |
| Binding | | $178.00 |
| Business Meals | *See attached chart* | $4,759.42 |
| Document Retrieval | | $1,250.40 |
| Record Retrieval | | $0.00 |
| Stationery Supplies | | $64.00 |
| Information Services | | $0.00 |
| Overtime | | $1,657.28 |
| Equipment Rental | Aquipt | $2,513.65 |
| **TOTAL** | | **$41,473.02** |

RLF1 3590013v. 1

# BUSINESS MEAL DETAIL

| Date Posted | Provider | Meal & # of people | Description | Amount |
|---|---|---|---|---|
| 12/21/2009 | Rodney Grille | Lunch for 1 | Prepare for first day hearing | $21.48 |
| 12/21/2009 | Red House | Dinner for 1 | Prepare for first day hearing | $50.33 |
| 12/22/2009 | PureBread | Lunch for 10 | Prepare for first day hearing | $185.04 |
| 1/19/2010 | Rodney Grille | Breakfast for 5 | Prepare for second day hearing | $22.52 |
| 1/19/2010 | Rodney Grille | Lunch for 5 | Prepare for second day hearing | $63.68 |
| 1/20/2010 | Kid Shelleen's | Dinner for 1 | Review and serve discovery | $22.55 |
| 2/17/2010 | Brew HaHa | Lunch for 5 | Prepare for 2/17/10 hearing | $125.50 |
| 2/24/2010 | Brew HaHa | Lunch for 2 | Prepare for confirmation hearing | $41.90 |
| 3/15/2010 | Kid Shelleen's | Dinner for 1 | File joint pretrial memorandum and objections to exhibit lists | $16.63 |
| 3/15/2010 | Gallucio's | Dinner for 1 | File objections to exhibit lists and deposition designations and joint pretrial memorandum | $17.00 |
| 3/16/2010 | Rodney Grille | Lunch for 4 | Prepare for 3/16/10 pretrial conference | $63.32 |
| 3/16/2010 | Mikimoto | Dinner for 3 | Prepare for 3/16/10 pretrial conference | $159.8 |
| 3/17/2010 | Moveable Feast | Dinner for 1 | Prepare for 3/18/10 hearing | $22.10 |
| 3/17/2010 | Happy Harry's | Snacks | Water and energy bars for 3/18/10 hearing | $16.15 |
| 3/17/2010 | Dunkin' Donuts | Snacks | Prepare for 3/18/10 hearing | $32.27 |
| 3/17/2010 | Manhattan Bagel | Breakfast for 8 | Prepare for 3/18/10 confirmation hearing | $126.04 |
| 3/17/2010 | Brew HaHa | Lunch for 12 | Prepare for 3/18/10 confirmation hearing | $137.20 |
| 3/17/2010 | Moveable Feast | Dinner for 20 | Prepare for 3/18/10 confirmation hearing | $909.00 |

RLF1 3590013v. 1

| Date Posted | Provider | Meal & # of people | Description | Amount |
|---|---|---|---|---|
| 3/18/2010 | Acme | Beverages and snacks | Beverages and snacks for 3/18/10 confirmation hearing | $57.79 |
| 3/18/2010 | Happy Harry's | Snacks | Snacks for 3/18/10 confirmation hearing | $9.92 |
| 3/18/2010 | Brew HaHa | Snacks | Snacks for 3/18/10 confirmation hearing | $101.00 |
| 3/18/2010 | Manhattan Bagel | Breakfast for 16 | Prepare for 3/18/10 confirmation hearing | $184.02 |
| 3/18/2010 | PureBread | Lunch for 16 | Prepare for 3/18/10 confirmation hearing | $309.54 |
| 3/18/2010 | Toscana | Dinner for 16 | Prepare for 3/19/10 confirmation hearing | $342.00 |
| 3/18/2010 | Kid Shelleen's | Dinner for 1 | Prepare for confirmation hearing | $18.35 |
| 3/19/2010 | Rodney Grille | Breakfast for 16 | Prepare for 3/19/10 confirmation hearing | $292.65 |
| 3/19/2010 | Brew HaHa | Snacks for 12 | Prepare for 3/19/10 confirmation hearing | $88.00 |
| 3/19/2010 | Manhattan Bagel | Lunch for 16 | Prepare for 3/19/10 confirmation hearing | $430.00 |
| 4/12/2010 | Manhattan Bagel | Breakfast for 18 | Prepare for 4/12/10 hearing | $320.00 |
| 4/12/2010 | Whole Foods | Snacks for 12 | Energy bars for 4/12/10 hearing | $11.49 |
| 4/12/2010 | PureBread | Lunch for 18 | Prepare for 4/12/10 hearing | $235.24 |
| 4/28/2010 | Rodney Grille | Lunch for 10 | Prepare for 4/28/10 status conference | $175.12 |
| 4/28/2010 | Rodney Grille | Breakfast for 10 | Prepare for 4/28/10 status conference | $64.88 |
| 4/28/2010 | Brew HaHa | Lunch for 4 | Prepare for 4/28/10 status conference | $81.50 |
| 5/13/2010 | Gallucio's | Lunch for 1 | File agenda and prepare hearing binders | $5.41 |
| **TOTAL** | | | | **$4,759.42** |

RLF1 3590013v. 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11
                                                    :
HAWKEYE RENEWABLES, LLC, *et al.*,[1]               :   Case No. 09-14461 (KJC)
                                                    :
    Reorganized Debtors.                            :   (Jointly Administered)
                                                    :
                                                    :   Objection Deadline: 9/7/10 at 4:00 p.m.
                                                    :   Hearing Date: 9/14/10 at 2:00 p.m.
---------------------------------------------------------------x

### FIRST AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 21, 2009 THROUGH JUNE 18, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Delaware Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 173] (the "Retention Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this First and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from December 21, 2009 through June 18, 2010 (the "Application"). By this Application, RL&F seeks a final allowance pursuant to the Retention Order with respect to the sums of $187,235.00 as compensation and $41,473.02 for reimbursement of actual and necessary expenses for a total of $228,708.02 for the period December 21, 2009 through June 18, 2010 (the

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Hawkeye Renewables, LLC (3162) and Hawkeye Intermediate, LLC (5356). The Debtors' corporate headquarters and service address is: 224 S. Bell Avenue, Ames, Iowa 50010.

RLF1 3590013v. 1

"Compensation Period"). In support of this Application, RL&F respectfully represents as follows:

## Background

1. On December 21, 2009 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, RL&F was retained as co-counsel to the Debtors effective as of the Petition Date. The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses, pursuant to sections 330 and 331 of the Bankruptcy Code.

## Compensation Paid and Its Source

3. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5. The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney

and paraprofessional for the Compensation Period. To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Retention Order.

### Actual and Necessary Expenses

6. A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as Exhibit B. RL&F charges all of its bankruptcy clients $.10 per page for photocopying expenses and $0.10 per page for printing jobs of 10 pages or larger.[2] RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7. Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8. RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

---

[2] RL&F charges its non-bankruptcy clients $0.15 for such expenses.

### Summary of Services Rendered

9. The directors and associates of RL&F who have rendered professional services in these cases are as follows: Mark D. Collins, James G. Leyden, Jr., Srinivas M. Raju, Marcos A. Ramos, Monica M. Ayres, Christine M. Morabito, L. Katherine Good, Sarah R. Stafford, Michael W. Romanczuk, Dana L. Reynolds, Julie A. Finocchiaro, Robert C. Maddox, Tyler Semmelman and Michael L. Collins . The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Ann Jerominski, Barbara J. Witters, Cathy M. Greer, Jamie E. Schairer, Janel Gates, Marisa C. DeCarli, Robyn K. Sinclair, Tracy A. Cameron, Tracy Allen, Daniel D. White, Joseph P. Stansbury, William S. Stephens, Amy B. Anderson and Brenda D. Tobin.

10. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

### Summary of Services By Project

11. The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.  Case Administration/Miscellaneous Matters

   Fees: $10,494.00     Total Hours: 44.7

   This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.  Creditor Inquiries

   Fees: $199.50     Total Hours: 0.8

   This category includes all matters related to responding to creditor inquiries.

C.  Meetings

   Fees: $3,027.00     Total Hours: 7.2

   This category includes all matters related to preparing for and attending meetings with debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.  Executory Contracts/Unexpired Leases

   Fees: $204.00     Total Hours: 0.6

   This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.  Automatic Stay/Adequate Protection

   Fees: $0.00     Total Hours: 0.0

   This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

5

F.  Plan of Reorganization/Disclosure Statement

   Fees: $27,555.00   Total Hours: 72.8

   This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.  Use, Sale, Lease of Assets

   Fees: $2,564.00   Total Hours: 7.6

   This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.  Cash Collateral/DIP Financing

   Fees: $2,942.50   Total Hours: 11.2

   This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.  Claims Administration

   Fees: $68.00   Total Hours: 0.2

   This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.  Court Hearings

   Fees: $93,198.00   Total Hours: 331.1

   This category includes all matters relating to preparation for and attendance at court hearings.

K. General Corporate/Real Estate

Fees: $2,815.00   Total Hours: 4.3

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L. Schedules/SOFA/U.S. Trustee Reports

Fees: $7,184.50   Total Hours: 25.1

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M. Employee Issues

Fees: $195.00   Total Hours: 1.0

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N. Environmental

Fees: $0.00   Total Hours: 0.00

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O. Tax Issues

Fees: $0.00   Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P.  Litigation/Adversary Proceedings

Fees: $30,251.00    Total Hours: 94.9

This category includes all matters relating to litigation and adversary proceedings.

Q-1.  RL&F Applications

Fees: $1,188.00    Total Hours: 4.1

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.  Retention of Others

Fees: $4,446.00    Total Hours: 16.2

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.  RL&F Fee Application

Fees: $131.50    Total Hours: 0.6

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.  Fee Application of Others

Fees: $224.00    Total Hours: 1.0

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

8

S. <u>Vendor/Supplies</u>

Fees: $19.50     Total Hours: 0.1

This category includes all matters related to vendors and suppliers, including reclamation issues.

T. <u>Non-Working Travel</u>

Fees: $0.00     Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U. <u>Utilities</u>

Fees: $460.50     Total Hours: 1.9

This category includes all matters related to utility issues.

V. <u>Insurance</u>

Fees: $68.00     Total Hours: 0.2

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12. Attorneys and paraprofessionals of RL&F have expended a total of 625.6 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
| --- | --- | --- |
| Mark D. Collins | 52.1 | $675 |
| James G. Leyden, Jr. | 5.0 | $650 |
| Srinivas M. Raju | 2.7 | $600 |
| Marcos A. Ramos | 0.8 | $450 |
| Monica M. Ayres | 1.4 | $450 |
| Christine M. Morabito | 1.8 | $425 |
| L. Katherine Good | 204.5 | $340 |
| L. Katherine Good | 24.6 | $275 |
| Sarah R. Stafford | 0.2 | $340 |
| Michael W. Romanczuk | 1.1 | $320 |
| Dana L. Reynolds | 1.0 | $290 |
| Julie A. Finocchiaro | 0.7 | $240 |

9

| | | |
|---|---|---|
| Julie A. Finocchiaro | 0.6 | $230 |
| Robert C. Maddox | 0.2 | $240 |
| Robert C. Maddox | 2.5 | $230 |
| Tyler Semmelman | 104.1 | $240 |
| Tyler Semmelman | 17.6 | $230 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Ann Jeromionski | 3.4 | $195 |
| Barbara J. Witters | 2.6 | $195 |
| Cathy M. Greer | 3.5 | $195 |
| Jamie E. Schairer | 1.0 | $195 |
| Janel Gates | 3.3 | $195 |
| Marisa C. DeCarli | 115.4 | $195 |
| Robyn K. Sinclair | 7.6 | $195 |
| Tracy A. Cameron | 1.9 | $195 |
| Tracy Allen | 1.8 | $195 |
| Daniel D. White | 44.1 | $190 |
| Joseph P. Stansbury | 1.0 | $175 |
| William S. Stephens | 7.4 | $175 |
| Michael L. Collins | 0.6 | $200 |
| Amy B. Anderson | 0.5 | $100 |
| Brenda D. Tobin | 10.6 | $100 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $187,235.00.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period December 21, 2009 through June 18, 2010, a final allowances be made to RL&F pursuant

to the terms of the Retention Order, with respect to the sum of $187,235.00 as compensation for necessary professional services rendered, and the sum of $41,473.02 reimbursement of actual necessary costs and expenses, for a total of $228,708.02 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: August 2, 2010
      Wilmington, Delaware

Respectfully submitted,

*Katherine Good*

Mark D. Collins (No. 2981)
L. Katherine Good (No. 5101)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

*Attorneys for the Reorganized Debtors*

# VERIFICATION

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

L. Katherine Good, after being duly sworn according to law, deposes and says:

a)  I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b)  I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

*Katherine Good*

L. Katherine Good (No. 5101)

SWORN AND SUBSCRIBED
before me this 2nd day of August 2010.

*Lesley A. Morris*
Notary Public
My Commission Expires: 4/17/11

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3590013v. 1